# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ADAM GRAD, on Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>IRONNET, INC., KEITH B. ALEXANDER, JAMES C. GERBER, and WILLIAM E. WELCH,<br><br>    Defendants. | Case No. 1:22-cv-00449- RDA-JFA<br><br>CLASS ACTION |

## IRONNET, INC.'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant IronNet, Inc. in the above captioned action certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: May 18, 2022

                                                                        */s/ Robert T. Cahill*
                                                                        Robert T. Cahill (VSB 38652)

                                                                        COOLEY LLP
                                                                        11951 Freedom Drive
                                                                        Reston, VA 20190-5656
                                                                        Tel: (703) 456-8000
                                                                        Fax: (703) 456-8100
                                                                        Email: rcahill@cooley.com

                                                                        *Attorney for Defendant IronNet, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2022, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

> Craig Crandall Reilly
> Law Office of Craig C. Reilly
> 209 Madison Street
> Suite 501
> Alexandria, VA 22314
> Email: craig.reilly@ccreillylaw.com
>
> Michael Ira Fistel, Jr.
> Johnson Fistel, LLP
> 40 Powder Springs Street
> Marietta, GA 30064
> Email: michaelf@johnsonfistel.com

      */s/ Robert T. Cahill*
      Robert T. Cahill
      *Attorney for Defendant IronNet, Inc.*