IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ADAM GRAD, *on Behalf of Himself and All Others Similarly Situated*,<br><br>Plaintiff,<br><br>vs.<br><br>IRONNET, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22-cv-00449 (RDA/JFA)<br>)<br>) Class Action<br>)<br>)<br>) |

**Declaration of Albert Y. Chang in Support of Todd M. Frenchman's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel**

Under 28 U.S.C. § 1746, I, Albert Y. Chang declare as follows:

1.      I am an attorney with the law firm of Bottini & Bottini, Inc. ("B&B"), counsel for class member Todd M. Frenchman. I submit this declaration in support of Todd M. Frenchman's motion for: (1) appointment as Lead Plaintiff pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "1934 Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3); and (2) approval of his selection of B&B as Lead Counsel for the class. I have personal knowledge of the facts stated in this declaration. I could and would testify to these facts, if called upon to do so.

2.      Attached as Exhibit A is a true and correct copy of the notice of pendency of class action published on *GlobeNewswire* on April 22, 2022.

3.      Attached as Exhibit B is a true and correct copy of the certification required by the PSLRA signed by Todd M. Frenchman.

4.      Attached as Exhibit C is a copy of a Loss Chart of Todd M. Frenchman, setting forth the details of his purchases and sales of IronNet, Inc. stock.

5.      Attached as Exhibit D is a true and correct copy of B&B's firm resume.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.  Executed on June 21, 2022 in La Jolla, California.

_____
Albert Y. Chang