# EXHIBIT B

EXHIBIT B

## CERTIFICATION OF LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

Todd M. Frenchman ("Plaintiff") declares:

1.     Plaintiff has reviewed a complaint on file in this action (*Grad v. IronNet, Inc.*, *et al.*, Case No. 1:21-cv-00449 (E.D. Va.)).

2.     Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.     Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.     Plaintiff has made the following transactions during the class period (between September 15, 2021 and December 15, 2021) in the securities that are the subject of this action:

| Date | Shares Purchased | Share Price |
|---|---|---|
| 9/17/2021 | 3 | $36.38 |
| 9/17/2021 | 497 | $36.46 |

5.     Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification.

6.     The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including

lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2022.

_____

Todd M. Frenchman