# EXHIBIT C

# EXHIBIT C

**Loss Chart (Todd M. Frenchman)**

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price* | Total Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| **Todd M. Frenchman** | 9/17/2021 | 3 | $36.38 | $109.14 | 12/27/2021 | 500 | $4.52 | $2,260.00 | |
| | 9/17/2021 | 497 | $36.46 | $18,120.62 | | | | | |
| | **Subtotal:** | **500** | | **$18,229.76** | | | | **$2,260.00** | **-$15,969.76** |