UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ADAM GRAD, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRONNET, INC., KEITH B. ALEXANDER, JAMES C. GERBER, and WILLIAM E. WELCH,<br><br>Defendants. | Case No. 1:22-cv-00449-RDA-JFA |

**MOTION OF CHRIS RIEMER
FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF COUNSEL</u>**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in support of his motion filed herewith, Chris Riemer ("Riemer") hereby moves this Court, the Honorable Rossie D. Alston, Jr., United States District Court, Eastern District of Virginia, Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Riemer as Lead Plaintiff on behalf of all purchasers of IronNet, Inc. securities between September 15, 2021 and December 15, 2021, inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selections of Pomerantz LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class.

Dated:  June 21, 2022                          Respectfully submitted,

*/s/ Steven J. Toll*
Steven J. Toll
S. Douglas Bunch
**COHEN MILSTEIN SELLERS &
   TOLL PLLC**
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
           dbunch@cohenmilstein.com

*Counsel for Lead Plaintiff Movant Chris Riemer
and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor

New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
           ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Chris Riemer and Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movant Chris Riemer*