UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ADAM GRAD, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IRONNET, INC., KEITH B. ALEXANDER, JAMES C. GERBER, and WILLIAM E. WELCH,<br><br>Defendants. | Case No.  1:22-cv-00449-RDA-JFA |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF MOTION
OF CHRIS RIEMER FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF COUNSEL**

I, Steven J. Toll, hereby declare as follows:

1.       I am managing partner of the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), liaison counsel for Chris Riemer ("Riemer"), and have personal knowledge of the facts set forth herein.

2.       I make this Declaration in support of Riemer's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Riemer's selections of Pomerantz LLP ("Pomerantz") as Lead Counsel and Cohen Milstein as Liaison Counsel for the Class.

3.       Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth the financial interest of Riemer in this litigation;

Exhibit B:    Press release published over *Globe Newswire* on April 22, 2022, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Riemer;

Exhibit D:    Declaration executed by Riemer;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Cohen Milstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 21, 2022, at Washington, D.C.

*/s/ Steven J. Toll*
Steven J. Toll

1