**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| ADAM GRAD, on Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>IRONNET, INC., KEITH B. ALEXANDER, JAMES C. GERBER, and WILLIAM E. WELCH,<br><br>          Defendants. | Civil Action No. 1:22-cv-00449-RDA-JFA<br><br>**CLASS ACTION** |

**DECLARATION OF CRAIG C. REILLY IN SUPPORT
OF THE MOTION OF SHIRLEY GUTHRIE, YONG KIM,
AND ROGER CAROWAY FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Craig C. Reilly, declare as follows:

1.      I am a member in good standing of the bar of Virginia and am admitted to practice before this Court. I am the principal of The Office of Craig C. Reilly, Esq. and counsel for proposed lead plaintiff, Shirley Guthrie, Yong Kim, and Roger Caroway (together, "Movants"). I submit this declaration in support of Movants' Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit 1:      Notice of pendency of class action published on *GlobeNewswire* on April 22, 2022;

Exhibit 2:      Shirley Guthrie's PSLRA Certification;

Exhibit 3:      Shirley Guthrie's Financial Interest Calculation, prepared by counsel;

Exhibit 4:    Yong Kim's PSLRA Certification;

Exhibit 5:    Yong Kim's Financial Interest Calculation, prepared by counsel;

Exhibit 6:    Roger Caroway's PSLRA Certification;

Exhibit 7:    Roger Caroway's Financial Interest Calculation, prepared by counsel; and

Exhibit 8:    Joint Declaration of Shirley Guthrie, Yong Kim, and Roger Caroway.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 21st day of June, 2022.

*/s/ Craig C. Reilly*

CRAIG C. REILLY (Va. Bar No. 20942)