# EXHIBIT 1



ESG NEWS    COVID-19 NEWS    SERVICES ⌄    CONTACT US    FRANÇAIS    **SIGN IN**

**REGISTER**

# Johnson Fistel, LLP Announces That It Has Filed a Class Action Lawsuit on Behalf of IronNet Investors Alleging Violations of the Federal Securities Laws

April 22, 2022 23:01 ET | Source: [Johnson Fistel, LLP](#)

SAN DIEGO, April 22, 2022 (GLOBE NEWSWIRE) -- Shareholder rights law firm Johnson Fistel, LLP announces that it has filed a class-action lawsuit on behalf of all those who purchased IronNet, Inc. ("IronNet " or the "Company") (NYSE: IRNT) securities during the period between **September 15, 2021 and December 15, 2021,** inclusive (the "Class"). The action was filed in the United States District Court for the Eastern District of Virginia (Alexandria Division) and is captioned *Grad v. IronNet, Inc., et al.*, Civil Action No. 1:22-cv-00449.

**HOW TO JOIN:** The Private Securities Litigation Reform Act permits any investor who is a member of the Class described above to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

If you wish to seek appointment as lead plaintiff, please contact Johnson Fistel, LLP to submit your losses:

- Contact Lead Securities Analyst Jim Baker at [jimb@johnsonfistel.com](mailto:jimb@johnsonfistel.com) or (619) 814-4471

- Or click or paste the following web address into your browser: [https://www.johnsonfistel.com/investigations/ironnet-inc-irnt](https://www.johnsonfistel.com/investigations/ironnet-inc-irnt)

**Lead plaintiff motions for the IronNet class-action lawsuit must be filed with the court no later than 60 days from the date of this notice.**

**CASE ALLEGATIONS**: On August 27, 2021, IronNet became a publicly-traded company via a merger with LGL Systems Acquisition Corp. ("LGL"), a blank check company otherwise known as a special purpose acquisition vehicle ("SPAC"). Like other SPACs, LGL did not initially have any operations or



ESG NEWS     COVID-19 NEWS     SERVICES ˅     CONTACT US     FRANÇAIS     SIGN IN

REGISTER

The complaint charges IronNet, its Co-Chief Executive Officers, and its Chief Financial Officer with violations of the Securities Exchange Act of 1934. According to the complaint, the defendants made materially false and misleading statements and failed to disclose known adverse facts about IronNet's business, operations, and prospects, including that: (i) the Company had materially overstated its business and financial prospects; (ii) the Company was unable to predict the timing of significant customer opportunities which constituted a substantial portion of its publicly-issued FY 2022 financial guidance; (iii) the Company had not established effective disclosure controls and procedures to reasonably ensure its public disclosures were timely, accurate, complete, and not otherwise misleading; and (iv) as a result, the Company's public statements were materially false, misleading, and/or lacked any reasonable basis in fact at all relevant times.

**ABOUT JOHNSON FISTEL:** Johnson Fistel, LLP is a nationally recognized shareholder rights law firm with offices in California, New York and Georgia. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys, please visit http://www.johnsonfistel.com. Attorney advertising. Past results do not guarantee future outcomes.

**Contact:**

Johnson Fistel, LLP

Jim Baker, 619-814-4471

jimb@johnsonfistel.com

**Tags**

IRNT class action top law firm          IronNet class action          Class Action

# Recommended Reading

June 18, 2022 17:16 ET

Source:   Johnson Fistel, LLP

**Yext Class Action Complaint Filed: Johnson Fistel, Globally-Recognized Law Firm**

June 16, 2022 13:19 ET

Source:   Johnson Fistel, LLP

**(EBIX): Johnson Fistel, Globally-Recognized Law Firm, Investigates Ebix After Short**



ESG NEWS  COVID-19 NEWS  SERVICES ⌄  CONTACT US  FRANÇAIS  SIGN IN  REGISTER

behalf of investors of Text, Inc. ("Text" or the...

# Explore







## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

- Home
- Newsroom

- RSS Feeds
- Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.