# EXHIBIT 8

## JOINT DECLARATION OF SHIRLEY Y. GUTHRIE, YONG M. KIM, AND ROGER CAROWAY

IronNet, Inc. investors Shirley Y. Guthrie, Roger Caroway, and Yong M. Kim declare as follows:

1.      We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff.  We each have personal knowledge of the facts set forth below relating to our own activities, actions, and beliefs and would testify competently thereto.

2.      I, Shirley Y. Guthrie, suffered substantial losses as a result of my transactions in IronNet securities during the class period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Conroe, Texas and am retired.  Prior to my retirement, I worked as a mortgage broker.  I have a Bachelor of Arts degree in Literature.  I have been investing in stocks on my own behalf for approximately 20 years and consider myself a knowledgeable investor.

3.      I, Yong M. Kim, suffered substantial losses as a result of my transactions in IronNet securities during the class period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Seattle, Washington and work as a program manager.  I have a Bachelor of Arts degree in International Studies.  I have been investing in stocks on my own behalf for more than 20 years and consider myself a knowledgeable investor.  I have hired and overseen counsel before.

4.      I, Roger Caroway, suffered substantial losses as a result of my transactions in IronNet securities during the class period.  I am therefore motivated to seek to obtain the best possible result for myself and the class.  I live in Clemmons, North Carolina and work as the Vice President – Operations for an industrial distribution company.  Prior to that position, I was Chief Financial Officer for twenty-five years.  I have a degree in accounting and I am licensed as a CPA

in North Carolina.  I have been investing in stocks on my own behalf for about 8 years and consider myself a knowledgeable investor.  As CFO, I oversaw counsel for my employer.

5.      In deciding to seek appointment as lead plaintiff together, we considered the benefits and potential drawbacks of proceeding individually or jointly as lead plaintiff.  Because of the complexity of the case, and the substantial losses suffered because of defendants' alleged violations of the federal securities laws, we each have the incentive, ability, and desire to work together to control the litigation and maximize the recovery for the class.  We agree that jointly seeking appointment as lead plaintiff is in the class's best interest in this case to ensure comprehensive, responsible, and vigorous representation of the class throughout the case.

6.      We understand that our duties as lead plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case on behalf of the class.  In performing these duties, we will, among other things, review significant pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7.      If appointed as lead plaintiff, we will work jointly to monitor and direct the efforts and activities of our proposed lead counsel, Johnson Fistel, LLP and Robbins Geller Rudman & Dowd LLP, in the prosecution of this action.

8.      Before filing this motion, we communicated with counsel, and with each other, regarding this case.  This included discussions and other communications about the claims against defendants, serving jointly as lead plaintiff, and ensuring that the class's claims will be efficiently and zealously prosecuted by our oversight of our proposed lead counsel.

9.      We have each other's contact information and either of us may initiate a call or email communication at any time, including on an emergency basis if necessary, with or without counsel.  We are able and willing to discuss the case over the telephone at any time, attend in-

person meetings if necessary, and communicate via email, as often and regularly as necessary to ensure responsible oversight and direction of lead counsel if we are appointed lead plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20 day of June, 2022.

SHIRLEY Y. GUTHRIE

Executed this 20 day of June, 2022.

YONG M. KIM

Executed this 20th day of June, 2022.

ROGER CAROWAY

- 3 -