**IronNet, Inc. (IRNT)**

FIFO/LIFO Losses

Class Period: 09/15/2021 - 12/15/2021

Common Stock Hold Price: $3.9770

IRNT 01/20/2023 Call $10.00 Hold Price: $0.5002

| MOVANT | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SECURITIES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | DATE | SECURITIES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SECURITIES | SALES PRICE | SALES AMOUNT | | | |
| **JAMES SHUNK** | | | | | | | | | | | | |
| COMMON STOCK | | 11/09/21 | 1,000 | 11.0800 | 11,080.00 | 12/01/21 - Assignment | 2,800 | 5.0000 | 14,000.00 | | | |
| | | 11/10/21 | 100 | 10.6700 | 1,067.00 | 12/03/21 - Assigment | 7,900 | 5.0000 | 39,500.00 | | | |
| | | 11/15/21 | 60 | 10.5200 | 631.20 | 12/16/21 | 105 | 4.7800 | 501.90 | | | |
| | | 11/17/21 | 400 | 10.6100 | 4,244.00 | 12/16/21 | 552 | 4.7800 | 2,638.56 | | | |
| | | 11/17/21 | 440 | 10.6100 | 4,668.40 | 12/16/21 | 306 | 4.7800 | 1,462.68 | | | |
| | | 11/17/21 | 500 | 10.6400 | 5,320.00 | 12/16/21 | 142 | 4.7800 | 678.76 | | | |
| | | 11/17/21 | 500 | 10.5800 | 5,290.00 | 12/16/21 | 1,095 | 4.7800 | 5,234.10 | | | |
| | | 11/17/21 | 500 | 10.5800 | 5,290.00 | | | | | | | |
| | | 11/17/21 | 500 | 10.5700 | 5,285.00 | | | | | | | |
| | | 11/17/21 | 500 | 10.5700 | 5,285.00 | | | | | | | |
| | | 11/17/21 | 96 | 10.5500 | 1,012.80 | | | | | | | |
| | | 11/17/21 | 100 | 10.5500 | 1,055.00 | | | | | | | |
| | | 11/17/21 | 4 | 10.5500 | 42.20 | | | | | | | |
| | | 11/17/21 | 96 | 10.5600 | 1,013.76 | | | | | | | |
| | | 11/17/21 | 100 | 10.5600 | 1,056.00 | | | | | | | |
| | | 11/17/21 | 104 | 10.5600 | 1,098.24 | | | | | | | |
| | | 11/17/21 | 500 | 10.5500 | 5,275.00 | | | | | | | |
| | | 11/17/21 | 500 | 10.4700 | 5,235.00 | | | | | | | |
| | | 11/17/21 | 500 | 10.4900 | 5,245.00 | | | | | | | |
| | | 11/17/21 | 500 | 10.4700 | 5,235.00 | | | | | | | |
| | | 11/18/21 | 500 | 10.3700 | 5,185.00 | | | | | | | |
| | | 11/18/21 | 500 | 10.4000 | 5,200.00 | | | | | | | |
| | | 11/18/21 | 500 | 10.3800 | 5,190.00 | | | | | | | |
| | | 11/18/21 | 500 | 10.3400 | 5,170.00 | | | | | | | |
| | | 11/18/21 | 500 | 10.3600 | 5,180.00 | | | | | | | |
| | | 11/18/21 | 500 | 10.3500 | 5,175.00 | | | | | | | |
| | | 11/18/21 | 200 | 10.0200 | 2,004.00 | | | | | | | |
| | | 11/22/21 | 500 | 9.6300 | 4,815.00 | | | | | | | |
| | | 12/06/21 | 500 | 7.2400 | 3,620.00 | | | | | | | |
| | | 12/10/21 | 500 | 7.2300 | 3,615.00 | | | | | | | |
| | | 12/10/21 | 500 | 7.1900 | 3,595.00 | | | | | | | |
| | | 12/10/21 | 500 | 7.1700 | 3,585.00 | | | | | | | |
| | | 12/10/21 | 100 | 7.1200 | 712.00 | | | | | | | |
| | | 12/13/21 | 100 | 6.7000 | 670.00 | | | | | | | |
| **COMMON STOCK Totals** | | | **12,900** | | **$128,144.60** | | **12,900** | | **$64,016.00** | **-** | **$0.00** | **($64,128.60)** |

**IronNet, Inc. (IRNT)**

FIFO/LIFO Losses

Class Period: 09/15/2021 - 12/15/2021

Common Stock Hold Price: $3.9770

IRNT 01/20/2023 Call $10.00 Hold Price: $0.5002

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SECURITIES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SECURITIES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SECURITIES | SALES PRICE | SALES AMOUNT | | | |
| IRNT 01/19/2024 Call $13.00 | 11/17/21 | 100 | 3.3000 | 33,000.00 | 12/28/21 | 6 | 0.6000 | 360.00 | | | |
| | 11/17/21 | 100 | 3.3000 | 33,000.00 | 12/28/21 | 1 | 0.5500 | 55.00 | | | |
| | 11/17/21 | 100 | 3.2000 | 32,000.00 | 12/28/21 | 1 | 0.5500 | 55.00 | | | |
| | 11/17/21 | 10 | 3.0000 | 3,000.00 | 12/28/21 | 48 | 0.5500 | 2,640.00 | | | |
| | 11/17/21 | 10 | 3.1000 | 3,100.00 | 12/28/21 | 25 | 0.5700 | 1,425.00 | | | |
| | 11/17/21 | 10 | 3.1000 | 3,100.00 | 12/28/21 | 25 | 0.5700 | 1,425.00 | | | |
| | 11/17/21 | 25 | 3.1000 | 7,750.00 | 12/28/21 | 50 | 0.5000 | 2,500.00 | | | |
| | 11/18/21 | 45 | 3.2000 | 14,400.00 | 12/28/21 | 50 | 0.5500 | 2,750.00 | | | |
| | 11/18/21 | 6 | 2.9000 | 1,740.00 | 12/28/21 | 10 | 0.6000 | 600.00 | | | |
| | 11/18/21 | 8 | 2.9000 | 2,320.00 | 12/28/21 | 10 | 0.6000 | 600.00 | | | |
| | 11/18/21 | 4 | 2.9000 | 1,160.00 | 12/28/21 | 19 | 0.6000 | 1,140.00 | | | |
| | 11/18/21 | 6 | 2.9000 | 1,740.00 | 12/28/21 | 25 | 0.6000 | 1,500.00 | | | |
| | 11/18/21 | 4 | 2.9000 | 1,160.00 | 12/28/21 | 6 | 0.6000 | 360.00 | | | |
| | 11/18/21 | 6 | 2.9000 | 1,740.00 | 12/28/21 | 10 | 0.6000 | 600.00 | | | |
| | 11/18/21 | 6 | 2.9000 | 1,740.00 | 12/28/21 | 30 | 0.6000 | 1,800.00 | | | |
| | | | | | 12/28/21 | 30 | 0.6000 | 1,800.00 | | | |
| | | | | | 12/28/21 | 30 | 0.6000 | 1,800.00 | | | |
| | | | | | 12/28/21 | 1 | 0.6000 | 60.00 | | | |
| | | | | | 12/28/21 | 63 | 0.5500 | 3,465.00 | | | |
| **IRNT 01/19/2024 Call $13.00 Totals** | | **440** | | **$140,950.00** | | **440** | | **$24,935.00** | **-** | **$0.00** | **($116,015.00)** |
| IRNT 01/20/2023 Call $10.00 | 11/09/21 | 10 | 3.8000 | 3,800.00 | 12/16/21 | 6 | 0.6500 | 390.00 | | | |
| | 11/09/21 | 1 | 3.8000 | 380.00 | 12/16/21 | 10 | 0.6500 | 650.00 | | | |
| | 11/09/21 | 5 | 3.8000 | 1,900.00 | 12/16/21 | 84 | 0.6500 | 5,460.00 | | | |
| | 11/09/21 | 1 | 3.8000 | 380.00 | 12/16/21 | 10 | 0.6100 | 610.00 | | | |
| | 11/09/21 | 3 | 3.8000 | 1,140.00 | 12/16/21 | 10 | 0.6100 | 610.00 | | | |
| | 11/09/21 | 2 | 3.8000 | 760.00 | 12/16/21 | 50 | 0.6000 | 3,000.00 | | | |
| | 11/09/21 | 32 | 3.8000 | 12,160.00 | 12/16/21 | 50 | 0.6000 | 3,000.00 | | | |
| | 11/09/21 | 46 | 3.8000 | 17,480.00 | 12/16/21 | 1 | 0.6000 | 60.00 | | | |
| | 11/09/21 | 10 | 3.8000 | 3,800.00 | 12/16/21 | 10 | 0.6000 | 600.00 | | | |
| | 11/09/21 | 1 | 3.8000 | 380.00 | 12/16/21 | 5 | 0.6000 | 300.00 | | | |
| | 11/09/21 | 5 | 3.8000 | 1,900.00 | 12/16/21 | 20 | 0.6000 | 1,200.00 | | | |
| | 11/09/21 | 5 | 3.8000 | 1,900.00 | 12/16/21 | 1 | 0.6000 | 60.00 | | | |
| | 11/09/21 | 3 | 3.8000 | 1,140.00 | 12/16/21 | 5 | 0.6000 | 300.00 | | | |
| | 11/09/21 | 5 | 3.8000 | 1,900.00 | 12/16/21 | 1 | 0.6000 | 60.00 | | | |
| | 11/09/21 | 40 | 3.8000 | 15,200.00 | 12/16/21 | 21 | 0.6000 | 1,260.00 | | | |
| | 11/09/21 | 2 | 3.8000 | 760.00 | 12/16/21 | 1 | 0.6000 | 60.00 | | | |
| | 11/09/21 | 24 | 3.8000 | 9,120.00 | 12/16/21 | 1 | 0.6000 | 60.00 | | | |
| | 11/09/21 | 5 | 3.8000 | 1,900.00 | 12/16/21 | 4 | 0.6000 | 240.00 | | | |
| | 11/10/21 | 100 | 3.6000 | 36,000.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |
| | 11/10/21 | 100 | 3.5000 | 35,000.00 | 12/16/21 | 58 | 0.6000 | 3,480.00 | | | |
| | 11/10/21 | 10 | 3.7000 | 3,700.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |
| | 11/10/21 | 5 | 3.7000 | 1,850.00 | 12/16/21 | 4 | 0.6000 | 240.00 | | | |
| | 11/10/21 | 1 | 3.7000 | 370.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |

**IronNet, Inc. (IRNT)**

FIFO/LIFO Losses

Class Period: 09/15/2021 - 12/15/2021

Common Stock Hold Price: $3.9770

IRNT 01/20/2023 Call $10.00 Hold Price: $0.5002

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SECURITIES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SECURITIES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SECURITIES | SALES PRICE | SALES AMOUNT | | | |
| | 11/10/21 | 1 | 3.7000 | 370.00 | 12/16/21 | 1 | 0.6000 | 60.00 | | | |
| | 11/10/21 | 2 | 3.7000 | 740.00 | 12/16/21 | 1 | 0.6000 | 60.00 | | | |
| | 11/10/21 | 32 | 3.7000 | 11,840.00 | 12/16/21 | 100 | 0.6000 | 6,000.00 | | | |
| | 11/10/21 | 32 | 3.7000 | 11,840.00 | 12/16/21 | 10 | 0.6000 | 600.00 | | | |
| | 11/10/21 | 15 | 3.7000 | 5,550.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |
| | 11/10/21 | 2 | 3.7000 | 740.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 59 | 0.6000 | 3,540.00 | | | |
| | 11/10/21 | 15 | 3.6000 | 5,400.00 | 12/16/21 | 27 | 0.6000 | 1,620.00 | | | |
| | 11/10/21 | 15 | 3.6000 | 5,400.00 | 12/16/21 | 10 | 0.6000 | 600.00 | | | |
| | 11/10/21 | 15 | 3.6000 | 5,400.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |
| | 11/10/21 | 15 | 3.6000 | 5,400.00 | 12/16/21 | 6 | 0.6000 | 360.00 | | | |
| | 11/10/21 | 15 | 3.6000 | 5,400.00 | 12/16/21 | 73 | 0.6000 | 4,380.00 | | | |
| | 11/10/21 | 15 | 3.6000 | 5,400.00 | 12/16/21 | 9 | 0.6000 | 540.00 | | | |
| | 11/10/21 | 100 | 3.7000 | 37,000.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 5 | 0.6000 | 300.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 40 | 0.6000 | 2,400.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 20 | 0.6000 | 1,200.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 33 | 0.6000 | 1,980.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 2 | 0.6000 | 120.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 40 | 0.6000 | 2,400.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 58 | 0.6000 | 3,480.00 | | | |
| | 11/10/21 | 10 | 3.6000 | 3,600.00 | 12/16/21 | 3 | 0.6000 | 180.00 | | | |
| | 11/10/21 | 20 | 3.6000 | 7,200.00 | 12/16/21 | 63 | 0.6000 | 3,780.00 | | | |
| | 11/11/21 | 10 | 3.4000 | 3,400.00 | 12/16/21 | 34 | 0.6000 | 2,040.00 | | | |
| | 11/11/21 | 30 | 3.4000 | 10,200.00 | 12/16/21 | 100 | 0.6000 | 6,000.00 | | | |
| | 11/11/21 | 30 | 3.4000 | 10,200.00 | 12/17/21 | 100 | 0.5500 | 5,500.00 | | | |
| | 11/11/21 | 30 | 3.4000 | 10,200.00 | 12/17/21 | 5 | 0.5500 | 275.00 | | | |
| | 11/11/21 | 100 | 3.3000 | 33,000.00 | 12/17/21 | 4 | 0.5500 | 220.00 | | | |
| | 11/15/21 | 100 | 3.1000 | 31,000.00 | 12/20/21 | 100 | 0.5000 | 5,000.00 | | | |
| | 11/15/21 | 10 | 3.0000 | 3,000.00 | 12/20/21 | 55 | 0.5500 | 3,025.00 | | | |
| | 11/15/21 | 15 | 3.0000 | 4,500.00 | 12/20/21 | 36 | 0.5500 | 1,980.00 | | | |
| | 11/15/21 | 15 | 3.0000 | 4,500.00 | 12/20/21 | 100 | 0.5000 | 5,000.00 | | | |
| | 11/15/21 | 15 | 3.0000 | 4,500.00 | 12/20/21 | 45 | 0.5000 | 2,250.00 | | | |
| | 11/15/21 | 15 | 3.0000 | 4,500.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 4 | 3.1000 | 1,240.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 11 | 3.1000 | 3,410.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 11 | 3.1000 | 3,410.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 2 | 3.1000 | 620.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 6 | 3.1000 | 1,860.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 1 | 3.1000 | 310.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 100 | 3.3000 | 33,000.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 10 | 3.4000 | 3,400.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 10 | 3.4000 | 3,400.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 10 | 3.4000 | 3,400.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 11 | 3.4500 | 3,795.00 | 12/20/21 | 15 | 0.5000 | 750.00 | | | |

**IronNet, Inc. (IRNT)**

FIFO/LIFO Losses

Class Period: 09/15/2021 - 12/15/2021

Common Stock Hold Price: $3.9770

IRNT 01/20/2023 Call $10.00 Hold Price: $0.5002

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SECURITIES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SECURITIES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SECURITIES | SALES PRICE | SALES AMOUNT | | | |
| | 11/15/21 | 10 | 3.4000 | 3,400.00 | 12/20/21 | 1 | 0.5000 | 50.00 | | | |
| | 11/15/21 | 10 | 3.4000 | 3,400.00 | 12/20/21 | 15 | 0.5000 | 750.00 | | | |
| | 11/15/21 | 10 | 3.5000 | 3,500.00 | 12/20/21 | 15 | 0.5000 | 750.00 | | | |
| | 11/15/21 | 2 | 3.5000 | 700.00 | 12/20/21 | 15 | 0.5000 | 750.00 | | | |
| | 11/15/21 | 32 | 3.5000 | 11,200.00 | 12/20/21 | 15 | 0.5000 | 750.00 | | | |
| | 11/15/21 | 30 | 3.5000 | 10,500.00 | 12/20/21 | 15 | 0.5000 | 750.00 | | | |
| | 11/15/21 | 10 | 3.5000 | 3,500.00 | 12/20/21 | 9 | 0.5000 | 450.00 | | | |
| | 11/15/21 | 100 | 3.3000 | 33,000.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 5 | 3.2000 | 1,600.00 | 12/20/21 | 10 | 0.5000 | 500.00 | | | |
| | 11/15/21 | 8 | 3.2000 | 2,560.00 | 12/20/21 | 5 | 0.5000 | 250.00 | | | |
| | 11/15/21 | 8 | 3.2000 | 2,560.00 | 12/20/21 | 15 | 0.5000 | 750.00 | | | |
| | 11/15/21 | 8 | 3.2000 | 2,560.00 | 12/20/21 | 11 | 0.5000 | 550.00 | | | |
| | 11/15/21 | 8 | 3.2000 | 2,560.00 | 12/20/21 | 34 | 0.5000 | 1,700.00 | | | |
| | 11/15/21 | 8 | 3.2000 | 2,560.00 | 12/28/21 | 100 | 0.5171 | 5,171.43 | | | |
| | 11/15/21 | 5 | 3.2000 | 1,600.00 | 12/28/21 | 100 | 0.5171 | 5,171.43 | | | |
| | 11/15/21 | 10 | 3.3000 | 3,300.00 | 12/28/21 | 1 | 0.5171 | 51.71 | | | |
| | 11/15/21 | 15 | 3.3000 | 4,950.00 | | | | | | | |
| | 11/15/21 | 15 | 3.3000 | 4,950.00 | | | | | | | |
| | 11/15/21 | 15 | 3.3000 | 4,950.00 | | | | | | | |
| | 11/15/21 | 15 | 3.3000 | 4,950.00 | | | | | | | |
| | 11/15/21 | 15 | 3.3000 | 4,950.00 | | | | | | | |
| | 11/15/21 | 100 | 3.3000 | 33,000.00 | | | | | | | |
| | 11/15/21 | 15 | 3.3000 | 4,950.00 | | | | | | | |
| | 11/16/21 | 100 | 3.3000 | 33,000.00 | | | | | | | |
| | 11/16/21 | 100 | 3.2000 | 32,000.00 | | | | | | | |
| | 11/17/21 | 100 | 3.4000 | 34,000.00 | | | | | | | |
| | 12/01/21 | 10 | 1.7000 | 1,700.00 | | | | | | | |
| | 12/01/21 | 30 | 1.7000 | 5,100.00 | | | | | | | |
| | 12/01/21 | 10 | 1.7000 | 1,700.00 | | | | | | | |
| | 12/01/21 | 25 | 1.7000 | 4,250.00 | | | | | | | |
| | 12/01/21 | 25 | 1.7000 | 4,250.00 | | | | | | | |
| | 12/02/21 | 50 | 1.5500 | 7,750.00 | | | | | | | |
| | 12/06/21 | 10 | 1.3000 | 1,300.00 | | | | | | | |
| | 12/06/21 | 10 | 1.4000 | 1,400.00 | | | | | | | |
| | 12/06/21 | 15 | 1.4000 | 2,100.00 | | | | | | | |
| | 12/06/21 | 15 | 1.4000 | 2,100.00 | | | | | | | |
| | 12/06/21 | 15 | 1.4000 | 2,100.00 | | | | | | | |
| | 12/06/21 | 15 | 1.4000 | 2,100.00 | | | | | | | |
| | 12/06/21 | 30 | 1.4000 | 4,200.00 | | | | | | | |
| **IRNT 01/20/2023 Call $10.00 Totals** | | **2,360** | | **$760,095.00** | | **2,001** | | **$112,514.57** | **359** | **$17,956.53** | **($629,623.90)** |

**IronNet, Inc. (IRNT)**

FIFO/LIFO Losses

Class Period: 09/15/2021 - 12/15/2021

Common Stock Hold Price: $3.9770

IRNT 01/20/2023 Call $10.00 Hold Price: $0.5002

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SECURITIES HELD | ESTIMATED VALUE | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SECURITIES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SECURITIES | SALES PRICE | SALES AMOUNT | | | |
| IRNT 11/26/2021 Call $11.00 | 11/26/21 - Expiration | 102 | 0.0000 | 0.00 | 11/19/21 | 102 | 0.2500 | 2,550.00 | | | |
| **IRNT 11/26/2021 Call $11.00 Totals** | | **102** | | **$0.00** | | **102** | | **$2,550.00** | **-** | **$0.00** | **$2,550.00** |
| IRNT 12/03/2021 Call $5.00 | 12/01/21 - Assigned | 28 | 0.0000 | 0.00 | 12/01/21 | 29 | 2.8500 | 8,265.00 | | | |
| | 12/03/21 - Assigned | 79 | 0.0000 | 0.00 | 12/01/21 | 78 | 2.8500 | 22,230.00 | | | |
| **IRNT 12/03/2021 Call $5.00 Totals** | | **107** | | **$0.00** | | **107** | | **$30,495.00** | **-** | **$0.00** | **$30,495.00** |
| **JAMES SHUNK TOTALS** | | **15,909** | | **$1,029,189.60** | | **15,550** | | **$234,510.57** | **359** | **$17,956.53** | **($776,722.50)** |

Common stock sold within 90 days after the class period (italicized) have been valued at the higher price between the actual sales price and the average closing price from the end of the class period to the date of the actual sale.