**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ADAM GRAD, Individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00449-RDA-JFA |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| IRONNET, INC., KEITH B. ALEXANDER, JAMES C. GERBER, and WILLIAM E. WELCH, | |
| Defendants. | |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF**
**AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**

WHEREAS, the above-captioned securities class action has been filed against

Defendants IronNet, Inc., Keith B. Alexander, James C. Gerber, and William E. Welch alleging

violations of the federal securities laws;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995

("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i), on April 22, 2022, a notice was issued to potential

class members of the action informing them of their right to move to serve as lead plaintiff

within 60 days of the date of the issuance of said notice;

WHEREAS, on June 21, 2022, Movant James Shunk ("Movant") moved the Court to

appoint Movant as Lead Plaintiff, and to approve Movant's selection of Bernstein Liebhard, LLP

as Lead Counsel and The Kaplan Law Firm as Local Counsel for the Class;

WHEREAS, the PSLRA provides, *inter alia*, that the most adequate plaintiff to serve as

lead plaintiff is the person that has either filed a complaint or has made a motion in response to a

notice and has the largest financial interest in the relief sought by the Class and satisfies the requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court has considered the competing motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel,

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

1. The Motion of James Shunk for Appointment as Lead Plaintiff and Approval of Counsel is granted. James Shunk is hereby appointed as Lead Plaintiff for the proposed Class pursuant to 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995.

2. Bernstein Liebhard LLP is hereby appointed as Lead Counsel and The Kaplan Law Firm is appointed as Local Counsel for the proposed Class.

3. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom lead counsel shall designate:

    a. to coordinate the briefing and argument of motions;

    b. to coordinate the conduct of discovery proceedings;

    c. to coordinate the examination of witnesses in depositions;

    d. to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

    e. to coordinate all settlement negotiations with counsel for Defendants;

    f. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

g.  to supervise any other matters concerning the prosecution, resolution, or settlement of the Action.

4.  No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs. No settlement negotiations shall be conducted without the approval of Lead Counsel.

5.  Lead Counsel shall have the responsibility of receiving and disseminating Court orders and notices.

6.  Defendants shall effect service of papers on Lead Plaintiff by serving a copy of same on Lead Counsel by overnight mail service, electronic or hand delivery. Lead Plaintiff shall effect service of papers on Defendants by serving a copy of same on Defendants' counsel by overnight mail service, electronic or hand delivery.

7.  During the pendency of this litigation, or until further order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including computer-generated and stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

SO ORDERED, this ___ day of _____, 2022

_____
The Honorable Rossie D. Alston, Jr.
United States District Court Judge

2