# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| ADAM GRAD, Individually and on behalf of all others similarly situated, | Case No. 1:22-cv-00449-RDA-JFA |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| IRONNET, INC., KEITH B. ALEXANDER, JAMES C. GERBER, and WILLIAM E. WELCH, | |
| Defendants. | |

# DECLARATION OF JAMES SHUNK IN FURTHER SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

I, JAMES SHUNK, hereby declare under penalties of perjury that:

1.      I am 52 years old and live in Clarence, New York.  I have a Bachelor of Science Degree in Engineering and Masters Degrees in Engineering and Business.  I have been investing for approximately 25 years.  I am an entrepreneur with two businesses, Advantage Enterprises Unlimited, Inc. and Real Elements, Inc.

2.      I suffered substantial losses in IronNet securities and after learning of this action I contacted Bernstein Liebhard LLP to discuss my rights on April 25, 2022.  I have been in regular contact with Bernstein Liebhard LLP ever since.

3.      After gaining an understanding of the role and responsibilities of a lead plaintiff in a securities class action, which I am willing to undertake, and after vetting and selecting counsel that I believe would be suitable to represent the proposed class, I moved for appointment as lead plaintiff in this action on June 21, 2022.

4.      I understand that the proposed class in this action, as defined in the complaint, comprises those (the "Class") who purchased IronNet securities between September 15, 2021 and December 15, 2021, inclusive (the "Class Period").  This definition includes common stock and options.

5.      As reflected in my lead plaintiff motion, I suffered tremendous losses of $776,722 from my investments in both IronNet common stock and options during the Class Period.  I understand that my losses are substantially greater than the losses suffered by any of the other movants before the Court.  I further understand that none of the movants deny that I have the largest financial interest, and that all but one other movant have filed non-oppositions or withdrawals of their respective motions.

1

6.      I further understand that the only remaining competing lead plaintiff movant – a grouping of three unrelated investors whose combined losses are approximately $250,000 lower than mine – has argued that I should not be appointed as lead plaintiff here because I am somehow atypical of the Class due to the losses I sustained in IronNet options.  I vehemently disagree with that argument.

7.      In fact, nothing could be further from the truth.  I lost a substantial amount of money in both IronNet common stock and options, which are both covered securities under the complaint in the action, and which both deserve representation.  I understand that, if appointed as lead plaintiff, I have a fiduciary duty to strive for the best possible recovery for all Class members.  I will certainly strive to my utmost to achieve the best possible outcome for all Class members here and, in light of the massive losses I personally sustained, the Court can be certain that I have every incentive to do so.  The group's speculation that I might somehow give common stockholders short shrift here – despite having lost $64,128 myself in common stock – is utterly unfounded and wrong.  My interests are perfectly aligned with the Class.  The same, however, cannot be said about the challenging group movant.

8.      I understand that one of the group's members, Ms. Guthrie, belatedly filed a corrected certification indicating that she, in fact, had gains on her options trades during the Class Period.  I do not believe that such a person – or the other group members who did not even trade IronNet options – could credibly claim that they are more adequate to represent the Class here than I am.  They have no incentive whatsoever to represent Class members who sustained losses on options and are more likely to jettison claims that do not impact them to the detriment of other Class members like myself.

DocuSign Envelope ID: 2318728E-B7DA-4E65-8A7F-9D45B1AC27ED

9. I am hopeful that the Court will see through the group's challenge to my motion and appoint me lead plaintiff in this action.

Dated: 07/07/2022

DocuSigned by:

294600D1933E470

JAMES SHUNK