IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| IN RE IRONNET, INC. SECURITIES LITIGATION, | ) ) ) ) ) ) | Civil Action No. 1:22-cv-449 (RDA/JFA)  **CLASS ACTION** |

## ORDER

This matter comes before the Court on Lead Plaintiff James Shunk ("Lead Plaintiff") and

Defendants IronNet, Inc., Keith B. Alexander, William E. Welch, and James C. Gerber

("Defendants") Joint Stipulation and Proposed Pleading and Briefing Schedule ("Proposed

Schedule"). Dkt. 42. Upon consideration of the Proposed Schedule, it is hereby ORDERED that

Defendants are not required to respond to the Complaint (Dkt. 1); and it is

FURTHER ORDERED that the Lead Plaintiff shall file an amended complaint on or before

August 27, 2022; and it is

FURTHER ORDERED that because Defendants have agreed to waive service of the

amended complaint to be filed by the Lead Plaintiff, pursuant to Federal Rule of Civil Procedure

4(d), Defendants' response to the amended complaint shall be due on or before October 26, 2022;

and it is

FURTHER ORDERED that if Defendants move to dismiss the amended complaint, then

Lead Plaintiff's opposition shall be due by November 25, 2022; and it is

FURTHER ORDERED that Defendants' reply shall be due by December 16, 2022.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
July 27, 2022

/s/
_____
Rossie D. Alston, Jr.
United States District Judge