IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE IRONNET, INC. SECURITIES LITIGATION, | ) ) ) ) ) ) | Civil Action No. 1:22-cv-449 (RDA/JFA)<br><br>**CLASS ACTION** |

### ORDER

This matter comes before the Court on Lead Plaintiff James Shunk's ("Lead Plaintiff") Motion to Modify ("Motion") the briefing schedule. Dkt. 44. Upon consideration of the Motion, for good cause shown, and the representation that the Motion is unopposed, it is hereby ORDERED that the Motion (Dkt. 44) is GRANTED; and it is

FURTHER ORDERED that the Lead Plaintiff shall file an amended complaint on or before August 29, 2022; and it is

FURTHER ORDERED that because Defendants have agreed to waive service of the amended complaint to be filed by the Lead Plaintiff, pursuant to Federal Rule of Civil Procedure 4(d), Defendants' response to the amended complaint shall be due on or before October 26, 2022; and it is

FURTHER ORDERED that if Defendants move to dismiss the amended complaint, then Lead Plaintiff's opposition shall be due by November 30, 2022; and it is

FURTHER ORDERED that Defendants' reply shall be due by December 21, 2022.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
August 10, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge