# EXHIBIT 1

# Congressional Research Service
*Informing the legislative debate since 1914*

# FY2021 National Defense Authorization Act: Context and Selected Issues for Congress

March 8, 2021

**Congressional Research Service**

https://crsreports.congress.gov

R46714

**CRS REPORT**
Prepared for Members and
Committees of Congress

**Congressional Research Service**
Informing the legislative debate since 1914

SUMMARY

R46714

March 8, 2021

**Pat Towell**
Specialist in U.S. Defense
Policy and Budget

# FY2021 National Defense Authorization Act: Context and Selected Issues for Congress

Public Law (P.L.) 116-283, the FY2021 National Defense Authorization Act (NDAA), enacted by Congress over the veto of President Donald J. Trump, is the 61st consecutive annual NDAA. It mirrors the broad thrusts of the Trump Administration's defense budget request for that fiscal year. The total discretionary budget authority authorized by the bill comes within 1% of the $731.7 billion requested for programs that fall within the scope of the annual NDAA.

Of the funds for which authorization was requested, $662.7 billion – nominally *base budget* funds – would cover the routine, recurring costs to man, train, equip, and operate U.S. forces and to fund other defense-related activities. The request would authorize an additional $69.0 billion designated as funding for Overseas Contingency Operations (OCO) to cover the cost of U.S. military operations arising from the terrorist attacks of September 11, 2001, and certain other activities.

### FY2021 National Defense Authorization Act, (P.L. 116-283)
amounts in billions of dollars

|  | FY2021 Request | House-passed H.R. 6395 | Senate-passed S. 4909 | Enacted P.L. 116-238 |
|---|---|---|---|---|
| DOD Base Budget | 636.3 | 635.5 | 636.4 | 635.5 |
| DOD OCO | 69.0 | 69.0 | 69.0 | 69.0 |
| **DOD Total** | **705.3** | **705.5** | **705.4** | **704.5** |
| Defense-related Nuclear Energy | 26.0 | 26.6 | 25.9 | 26.6 |
| Maritime Administration | 0.4 | 0.6 | — | 0.5 |
| **FY2021 NDAA Total** | **731.7** | **731.7** | **731.3** | **731.6** |

**Sources:** H.Rept. 116-442, House Armed Services Committee, Report to Accompany H.R. 6395, National Defense Authorization Act for FY2021; S.Rept. 116-236, Senate Armed Services Committee, Report to Accompany S. 4049, National Defense Authorization Act for FY2021; H.Rept. 116-617, Conference Report to Accompany H.R. 6395, National Defense Authorization Act for FY2021.

The annual NDAA does not provide budget authority for DOD to spend. Rather, it authorizes the appropriation of budget authority, which is accomplished by separate appropriations legislation. The amounts authorized by the NDAA for specific DOD programs and activities are not binding on the appropriations process; however, historically, the NDAA has been a reliable indicator of congressional sentiment on funding for particular items. In addition to authorizing the appropriation of funds amounting to about 97% of the budget request for defense-related discretionary spending, the NDAA contains provisions governing the number of military personnel, rates of their compensation, DOD organization, weapons acquisition policy, and other aspects of U.S. national security policy.

### FY2021 NDAA Legislative History (H.R. 6395; S. 4049; P.L. 116-283)

| House Report | House Passage | Senate Report | Senate Passage | Conf. Report | Conference Report Approval | | President's Veto | House Override | Senate Override |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | House | Senate | | | |
| H.Rept. 116-442 | 295-125 7/23/2020 | S.Rept. 116-236 | 86-14 7/23/2020 | H.Rept. 116-617 | 335-78-1 12/8/2020 | 84-13 12/11/2020 | 12/23/2020 | 322-87 12/28/2020 | 81-13 1/1/2021 |