# EXHIBIT 5

**Congressional
Research Service**
Informing the legislative debate since 1914 _____

# FY2021 Defense Appropriations Act: Context and Selected Issues for Congress

June 7, 2021

**Congressional Research Service**

https://crsreports.congress.gov

R46812

**CRS REPORT**
Prepared for Members and
Committees of Congress

**Congressional Research Service**
Informing the legislative debate since 1914

SUMMARY

R46812

June 7, 2021

**Brendan W. McGarry**
Analyst in U.S. Defense
Budget

# FY2021 Defense Appropriations Act: Context and Selected Issues for Congress

The Department of Defense Appropriations Act is one of 12 annual appropriations measures typically reported by the House and Senate Committees on Appropriations and the largest in terms of discretionary funding. The act funds activities of the U.S. Department of Defense (DOD) except for military construction and family housing programs. The legislation also funds certain activities of the intelligence community.

On February 10, 2020, President Donald J. Trump submitted a budget request for FY2021 that included $753.5 billion for national defense-related activities, including discretionary and mandatory programs. The request aligned with the statutory spending limit, or cap, for national defense-related activities in the Budget Control Act (BCA; P.L. 112-25), as amended by the Bipartisan Budget Act of 2019 (BBA; P.L. 116-37). The request included $69 billion in defense funding designated for Overseas Contingency Operations, or OCO, which is effectively exempt from the cap.

The portion of the request falling within the scope of the Department of Defense Appropriations Act, 2021, totaled $690.17 billion. That figure included $688.99 billion for defense activities and $1.18 billion for intelligence activities. The request was $8.17 billion (1.2%) less than the FY2020 enacted amount, which included emergency funding provided for hurricane relief and the Coronavirus Disease 2019 (COVID-19) response. The House-passed Department of Defense Appropriations Act, 2021 would have provided $686.72 billion in budget authority in FY2021—$11.62 billion (1.7%) less than the FY2020 enacted amount. The Senate Appropriations Committee draft bill would have provided $688.07 billion in budget authority in FY2021—$10.27 billion (1.5%) less than the FY2020 enacted amount. The enacted version of the legislation (P.L. 116-260), signed into law on December 27, 2020, provided $688.06 billion in budget authority for FY2021—$10.28 billion (1.5%) less than the FY2020 enacted amount.

The Department of Defense Appropriations Act, 2021, provided funding for an end-strength of 2.15 million military personnel in the active and reserve components—10,300 more personnel than the FY2020 enacted amount—and for a 3% military pay raise. The legislation provided funding in new appropriation accounts for the Space Force (e.g., Procurement, Space Force and Research, Development, Test, and Evaluation, Space Force) as part of DOD's ongoing efforts to establish the Space Force within the Department of the Air Force as the sixth branch of the armed forces. The legislation also provided funding for a new budget activity (e.g., Budget Activity 6.8) for software and digital technology pilot programs.

Among the programs for which Congress added funding were the Virginia-class nuclear-powered attack submarine, F-35 Lightning II strike fighter aircraft, and Ground-based Midcourse Defense (GMD) missile defense system. Among the programs for which Congress reduced funding were the Afghanistan Security Forces Fund, the Navy's hypersonic weapons program known as Conventional Prompt Strike, and upgrades to the M-2 Bradley infantry fighting vehicle.

Among the issues debated by one or both chambers during consideration of the bill but not included in the enacted version were additional funding for the DOD response to the COVID-19 pandemic; a prohibition on the use of funding to construct a wall, fence, or barriers along the U.S.-Mexico border; a reduction of dollar-amount limits on general and special transfer authorities; funding to rename certain Army installations, facilities, roads, and streets named for leaders of the Confederacy; and repeal of Authorizations for the Use of Military Force (AUMFs), among others. Congress addressed some of these matters in the National Defense Authorization Act for Fiscal Year 2021 (P.L. 116-283).

This report compares funding levels for certain defense accounts and programs in the enacted FY2020 appropriations, the Trump Administration's FY2021 request, and FY2021 legislation. Other CRS reports provide in-depth analysis and contextual information on defense and foreign policy issues.