# EXHIBIT 12

Speaker 2:

Good afternoon, everyone. Before we get started, if you are a member of the press or media, please disconnect at this time. This is a restricted line. Any unauthorized party in this meeting or any unauthorized use of the information communicated in this meeting, is subject to prosecution to the fullest extent of the law. Any unauthorized person, including the media who is on the line at this time, please disconnect. Please note today's call is being recorded.

Andrew Nowinski:

Okay. Good morning, everyone. And depending on where you are today, good afternoon. My name is Andy Nowinski. I recently joined Wells Fargo Securities about two months ago, and will be covering the cybersecurity and the software infrastructure sectors. So today, I'll be hosting a fireside chat with the management team from IronNet. And before we get started, I just want to say that on behalf of everyone at Wells Fargo, we are so grateful to the team at IronNet for doing this. Getting an opportunity to speak with Gen. Alexander is a real honor, and I hope all the investors on the call today get a lot out of this. So here's the agenda for today. First, I'll do some introductions of the team that's presenting, and then they'll show a brief slide show of the presentation of IronNet. After that, we'll dive into a Q&A section. Now for those on the webcast today, if you'd like to ask any of the participants a question, please email me at andrew.nowinski@wellsfargo.com, and that's andrew.nowinski@wellsfargo.com. I will absolutely get your questions into the Q&A session.

Andrew Nowinski:

Okay, so let's start with some introductions. So first we have Gen. Keith Alexander, the co-CEO of IronNet. Gen. Alexander is a four-star general with an impressive 40-year military career, culminating in the role of the Director of the National Security Agency and chief of the Central Security Service from 2005 to 2014. He was appointed by Congress to be the first commander to lead the U.S. Cyber Command from 2010 to 2014. We also have William or Bill Welch, also a co-CEO of IronNet. Prior to IronNet, Bill served as President and COO of Duo Security, which was acquired by Cisco under his leadership, as well as COO of Zscaler, where he led the global sales team. Next, we have Jamie Gerber, the CFO. Jamie brings over 30 years of experience working in finance. Prior to his role at IronNet, Jamie spent many years at GE, ultimately in senior financial roles and was later the Chief Financial Officer of WorldStrides, a global education services provider for over 400,000 students per year. And finally, we have Nancy Fazioli, Head of Investor Relations. I've had the pleasure of working with Nancy at a number of her prior companies, including Symantec and Fusion-io. And she was most recently the regional head of the West Coast for the NYSE. And with that, I'll turn it over to Nancy and her team to start the overview of IronNet.

Nancy Fazioli:

Thanks, Andrew. And I'm going to pass it over to Gen. Alexander.

Gen. Keith Alexander:

Well, thank you, Nancy. Thank you, Andy. Appreciate that introduction. I wish my father was still alive. He would still be amazed. Having said that, also thank you for the opportunity to spend some time with you and potential investors and owners of IronNet. We want to make sure you understand what we're doing and what we're trying to accomplish. Next slide please. So this is a safe harbor. You can see it was done by a Naval officer, hence the word safe harbor, and the print is very small. And so probably Nancy

Page 1 of 15

would be the one to talk you through this, but in all seriousness, we encourage you to become educated about us and to read and digest our disclosures.

Gen. Keith Alexander:

Next slide, please. Our mission, we stood up IronNet for a reason. We're on a mission to transform the way we do cyber security and address the significant shortfalls that we see in terms of personnel, detection of malware, knowledge sharing and crowdsourcing. IronNet has developed a differentiated solution that leverages AI driven behavioral analytics and Collective Defense.

Gen. Keith Alexander:

Why we founded IronNet. In 2009, when we were setting up Cyber Command, we, I and our team had the mission to defend the nation. I told Secretary Gates, "We can't defend the nation because we can't see it. There's a big problem here. The attacks are going on, and commercial infrastructure are invisible to us. All we're doing is responding after the attacks." So that means all the damages are incurred in our country. Our government is not in this to help our companies. So we created IronNet to actually transform cybersecurity to address that specific set of issues. We have an exceptional team of engineers, a great co-CEO partner in Bill. And I get paid for saying that, I think $10, right Bill? Strong, early investor and board with expertise in relationships that are beneficial to us. So we've got a great team. And Bill and I have put together a world-class team in terms of our chief product officer, our chief sales officer, our chief financial officer, our chief legal officer, and most recently with Nancy coming on board as our investor relations.

Gen. Keith Alexander:

And next slide, please. So here's the problem that we face. When you look at this, cybersecurity is continuing to increase in volume and sophistication, these attacks that we're seeing. Those attacks are costing organizations billions of dollars every year, and in fact, in critical services, including healthcare, energy and food supplies. The biggest threat to our cybersecurity is the fact that almost everyone is defending alone and at IronNet, we're filling a gap in traditional security tools by delivering those capabilities needed for us to defend as a team, which we call Collective Defense. We built IronNet to address those problems. Attackers continue to innovate team and advance. The game evolves rapidly, and the stakes are even higher. Today, most companies are defending by themselves. Everyone is on their own. And then they share what they know often too late.

Gen. Keith Alexander:

The concept of Collective Defense will alter the landscape of cybersecurity. Companies no longer will have to defend in isolation, but can and must operate as part of a collective team. IronNet is not a better mousetrap, but a force multiplier. We strengthen not only the defense of our customers, but make rest of the security vendors even stronger.

Gen. Keith Alexander:

Next slide, please. Let's talk about the vision. Here's the vision that we set out. Behavioral analytics and Collective Defense is where security must go. IronNet is leading the transformation of cybersecurity. Point solutions provide point protection, not comprehensive protection. I think those are needed so we're not saying throw those away. We're saying leverage those. We know that the security landscape is constantly evolving, but one fact remains. And that is the attackers always find a way in. Secretary Gates

asked me, "In running the offense, how often were you successful?" And the answer, 100% of the time. The reason? We could get through all those point solutions.

Gen. Keith Alexander:

So at its core, IronNet has four specific things. First, we collect data coming from the entire security stack that includes partner companies. Second, we use behavioral analytics and our expert system to analyze that data to determine if there's any malicious behavior on the network and provide that response, and it's what we call IronDefense. Third, we have a hunt platform that allows us to go through that data very quickly and fourth, we share that data across companies to defend as a team. That's Collective Defense, which we call IronDome. Our solution enhances performance and is a dramatic force multiplier and improves threat detection and uniquely creates an enormous network effect of more data, better analytics, enhanced intelligence and more customers, et cetera.

Gen. Keith Alexander:

So Bill often talks about CrowdStrike of the network. IronNet is focused inside the network to find bad actors that have gotten past the other point solutions. Current technologies are slower and manual, but most importantly detects less sophisticated and already known signature-based attacks. We don't just find existing attacks. We use advanced AI driven behavioral analytics to detect new non signature based attack such as SolarWinds. This market is commonly referred to as network detection and response. So if you think about it, there's two analogies that I put forward here. First, think about 90 mid-sized companies, mid-sized banks, as an example, each with 10 people working as hard as they can to analyze and protect that one bank. The amount of information that those folks are dealing with doubles every year. They aren't doubling their size, so they're stuck right here with 10 people trying to do the best they can. They may grow to 11 or 12, but they won't double. And down the road is another bank doing the same thing. Imagine if those 90 banks, instead of working individually, work together, you'd have 900 people working together for Collective Defense.

Gen. Keith Alexander:

And if they did that, we could create, they could create the radar picture of cyber and see what's hitting all of that. And if they anonymize that, which is our approach, you can then share that across the sector with other sectors and with the government. That's the game changer that we bring, because what we're talking about is real time, situational awareness. It gives us a radar picture to help protect companies, sectors, states and nation. So one of the things that we need in doing, and we can get this technology, but we need the operational expertise in the commercial sector to go do this. That's where we brought in Bill. Bill has that expertise as you heard from Andy. He's had all that experience in building the teams and taking this to market, and over the past couple of years, we've been working together to make that happen. I think this is a good segue to allow me to turn this over to Bill. Over to you, Bill.

William Welch:

Hey, thanks Gen. Alexander. As the general had said, I had the privilege and what Andy had shared with you of being a part of Duo and Zscaler. So while I was at Zscaler, we saw that the security was going to the cloud and we saw that there were opportunities for transformational technology, which is why I decided to join this journey with IronNet. See, as the general mentioned, as you all know, for those that have been paying attention to the cyber market, cyber is an element of national power. We're seeing where individuals are using it for political, economical, military objectives. We're seeing that the attacks are becoming more and more destructive. We're seeing that the toolkits are becoming more advanced.

Page 3 of 15

We're seeing that the signature based mentality that most companies are using is really old and it's being modified by the adversary.

William Welch:

And what we're seeing is that the enterprise has continued to defend in isolation. And that's where this transforming cybersecurity through Collective Defense is really the mission of IronNet. So we have a go to market model that's pretty special. We're going beyond the enterprise. And then I want to touch on a couple of those areas. We're trusted by nations, DoD branches, U.S. state and local agencies, which have very stringent and strict security requirements. We're partnering with Microsoft and Amazon who trust us for our AI driven behavioral analytics and our Collective Defense.

William Welch:

But let me just talk about how we actually land customers. So our goal is to land at the top, with what we call a cornerstone customer. Let's take, for example, our energy dome. We sought out the top energy companies in the United States. Matter of fact, we have eight of the top 10 energy companies as cornerstone customers. And then we span out into those respective communities. So as the community grows, the value of our platform grows to each of these customers, both technically and commercially. So we expand horizontally with our cornerstone customers and then vertically with our community customers. So once we have a community customer, we have an opportunity to make them a cornerstone and expand from there, and you can see that network effect. So that network effect not only benefits us from a go to market, but also technically. So as more and more customers adopt our products, the value to our customer grows and switching costs will rapidly begin to grow. So we also improve visibility into the threat landscape. We do this by enabling our customers' SOCs or the security operation centers to effectively see the events affecting them, and then the peers in what we call our IronDome.

William Welch:

So as the graphic illuminates there, we enable the visualization and analogous to basically what the general said in air traffic control for cyber and identify those critical areas where focus is needed. This is a significant improvement for most of our customers have been long defending in isolation, in a siloed environment. So quite frankly, this approach cannot scale due to the ever increasing number of adversary attacks because the security operation centers are just overwhelmed by the amount of events and information. That is where Collective Defense comes in. So they can not only collectively defend together, but they can collectively purchase together. What we're seeing is the scale is critical for this, where now they're working together to purchase, for example, an entire supply chain to bring into a dome. And these insights can impact the thousands of customers all at once and scaling all at once.

William Welch:

Next slide. So we've got multiple levers of growth. So we have a unique model. As we've highlighted, we're scaling rapidly with multiple levers of growth, including cloud, leveraging the network effect and our customer expansion of a cornerstone customer and a community customer. International expansion, we went over to EMEA and APJ for two reasons. One, because we wanted it to be a multinational company. But number two is that we knew that the adversary was over there. We wanted to make sure we saw what was going over there before it came to the shores here of North America. And then we're also going to be looking at strategic M&A, of advancing our roadmap and adding accretive revenue to our model, which you expect us to pursue. And not to mention, we work

Page 4 of 15

agnostically and support of most of our customers with their existing cyber investments. So we have a very extensive ecosystem partnership network we can talk about also.

William Welch:

Next slide. So in closing, I want to say that we're encouraged to begin our journey as a public company this month, following the recent completion of our business combination with LGL. The explosive increase in adversary activity that we're seeing is unprecedented, and IronNet's Collective Defense is what we believe is needed to transform cybersecurity and ensure the security and privacy of companies, sectors, nations and states. So Andrew, I know you have some questions now for Gen. Alexander and Jamie and myself and possibly Nancy that we're happy to answer.

Andrew Nowinski:

Well, thank you. That was a great overview of the company. We will start with the Q&A session now. Maybe at a high level, we'll start with some questions for Gen. Alexander first, and then we'll dive into some questions focused on IronNet. So first, Gen. Alexander, you have an incredible background, and I'm sure you have a lot of interesting stories to tell in your days fighting cyber attacks. Given your impressive background, I would imagine every security company out there would have loved to have you involved in guiding their strategy. What made you decide to found IronNet instead?

Gen. Keith Alexander:

Well, there's so many ways I could answer that and some of them humorously. But in reality, I did talk to several companies and was approached both from the financial sector and from the cyber sector about joining. And I explained the gap that I saw between what we were providing companies and the government, and what we needed to provide. My comment was, "You can't see what's going on." So when the Defense Department was attacked in 2008 with Russian malware, Secretary Gates gave us the responsibility for defending the Defense Department, and then later the nation. My comment was, "You can't see the Defense Department. How can you defend it?" And that's the problem. And in talking with industry players, my comment was, "That's what we need to go do." And what I got back from each of them was, "Well, that's not what we do. We do endpoint. We do firewalls. We do that, that."

Gen. Keith Alexander:

And I said, "But what our customers need is a more comprehensive solution, one that helps them see and work together and defend together." And they all said, "Well, that's not what we do." I actually had a great meeting with one of the major hedge funds dealers and key financial leaders, and he wanted me to come work for him. And I told him what I thought we needed to do. And he said, "Yeah, you should go do that. And we'll be your first customer." And that's how Bridgewater came in. So I do think it's the right mission. Now it's been seven years. People say, "Oh, you came out with an answer." And the answer is no. We came out with an idea of a problem that nobody else would take out. I think it's still the most important thing the cybersecurity community faces, how we work together for Collective Defense. If you think about SolarWinds, it's exactly the problem we faced there.

Andrew Nowinski:

That's great. Now I've seen a number of your presentations at prior conferences like the Gartner Security Conference a few summers ago. And I'm wondering if you could share any stories with us that might help us understand how sophisticated the threat landscape really is, and maybe how it's changed over the course of the last few years.

Gen. Keith Alexander:

That's a great question and it's interesting. This was almost analogous to a question that then Secretary Gates asked me as well, which is, "So you've been running this and you run their offense. How often are you successful?" And the answer was, "Well, actually 100% of the time." That's against nation, state and hard targets. And so what that immediately tells you is there's a problem, Houston. If everybody can be hacked like that, the approach that we're thinking is insufficient and nation states like us and others, and hackers that have nation state like capabilities can get through. So in talking about that, the issue came up with, you've got all these pools of intellect out there, all of these capabilities, but they are individual and they share information when they know it, but they aren't working together as a team.

Gen. Keith Alexander:

We aren't using the internet to leverage the internet, to secure companies and sectors in the way we should. So that's really what I think we need to do. Now, what does that mean for our adversaries? They realize this as well. Think about SolarWinds. This is where Russia gets in, understands that by compromising kind of a "supply chain", they could have a massive effect into our government and another 18,000 companies. Same with China when they went after the Microsoft hack, 30,000 companies. So what we're seeing is increasingly we're seeing nation states use cyber as an element of national power, and they're using that element of national power to say, "I can make things happen. I can hurt your energy sector, your financial sector, your defense, industrial base, your healthcare, or your government." And if we stand individually, we'll be defeated individually. So that's where I think the power of what we're bringing together is that Collective Defense, and that's the work we have in progress and that's where we are today.

Andrew Nowinski:

That's great. You mentioned Russia and China, which are names we continually hear about, but which nation states would you say we should be most concerned with and how have their capabilities changed over the last few years?

Gen. Keith Alexander:

So that's a great question. Actually, I break it out a little bit differently. I think China, the greatest transfer of wealth in history is the theft of intellectual property. That's what they've been doing. I think they'll keep doing that, but they're changing now to using it as an element of national power. And so this dust up that we're seeing with France, Australia, the U.S., UK over submarines and stuff is going to grow and tensions in the South China Sea and Taiwan are going to grow. Cyber is going to be used as an element of national power, which means if you think about the airplane, which everybody says, "Oh, that's a good, great reconnaissance vehicle.", and in World War I and World War II became the dominant player. Cyber is going to be an element of national power, will be used by countries to inflict damage on other companies, on other countries.

Gen. Keith Alexander:

As a consequence in this case, the art of war is to go after the economy and the people of the nation. It's not to fight military to military to see who wins. It's not like a football game. It's to impact the economy of a nation. And in cyber, they can do that. That's the issue that we face. So we see that China growing one way, Russia, I think using it to go after pieces of what was the Soviet Union. Think Ukraine, Eastern Ukraine, what they did in Crimea, what they're going to do in other elements of Eastern Europe, if they get the chance and they'll use it for that. And they have their teams moonlighting at night, doing

Page 6 of 15

ransomware and stealing money. Then you've got Iran continuously attacking our allies in the Middle East and around the globe. They're the ones that attacked our financial sector in 2012, the 350 distributed denial of service attacks.

Gen. Keith Alexander:

They're going to lash out. If we continue to push sanctions on them, which I believe we will, they have no other choice but to attack and they'll use cyber to do it. And then you've got tensions rising on the Korean Peninsula. You saw the missile counter missile, missile, and that wing nut that's a Don King look alike up there. And I mean, I haven't seen both of them together, so I think they're the same person. You see them up there. And I think that's one that's just a problem. Then you have all these criminal actors. Many of them are nation state actors hacking at night for money. So that's kind of this whole set of issues, and it's pretty easy. There is really, it's very difficult for us to hold them accountable and to attributed the way we're doing business. So we have to change it. We have to illuminate. We have to show that. We have to make them pay a price. And I believe we have to get out in front of it because we have more to lose than anyone else in the internet.

Andrew Nowinski:

That was really helpful. You meant companies around the world, I think we've seen spending, call it billions of dollars annually on cybersecurity products every year. And yet, if we look at the number of attacks that we're seeing, it seems like they're increasing, just the Colonial Pipeline and SolarWinds being a few, and SolarWinds being a few. But if all the prior investments in the spending that organizations have made are not stopping these breaches or even slowing down the number of breaches, I guess do you see any chance where maybe the number of attacks or the threat of attacks is ever going to be reduced whereby maybe companies can start reducing spending on security?

Gen. Keith Alexander:

Well, that's a great question. Let me start it out by this. If you look at technically what's happening, the amount of data, the number of devices, number of applications, it's more than doubling every year. And so the attack surface and the attack opportunities is doubling every year or more. And that's what adversaries can use. And the way we're defending it is a point solution is ineffective against those people who can look across all of this, find one gap and get in. So you need a way to collectively defend. That's really the answer to getting out in front of this. And then can we ever do better? Well, I think absolutely. And that is this, I use the example of 90 banks, but it's much more actually, but if you take 90 banks, instead of having 10 people defend your bank, you'd have 900. That's two orders of magnitude, almost, if you're going to check the math. It's almost two orders of magnitude, 10 plus nine. And when you think about that, that's the way to get out in front. If you make it 1,000 companies with 10 people each, we now have three orders of magnitude, or you could just keep going. And that's what we have to do. We have to build this and we have to bridge it and we have to bring it together collectively.

Andrew Nowinski:

I mean, that does seem, I mean, that certainly makes sense that if you had more collaboration, more and more threat intelligence sharing between companies, you would certainly be more capable of stopping these attacks. But why do you think companies and government agencies alike have been really unwilling to participate in any sort of shared defense model? And how does IronNet view that dilemma of bridging the gap and incentivizing companies to start sharing?

Gen. Keith Alexander:

So it's actually, how are we going to share. In the past, we've shared signatures. So look at the process for doing that. You find a problem. You create a signature, you share the signature, and this is I'm sharing. It took you time to find the problem, took your time to create it. And the Buckshot Yankee against the Defense Department that started all this in 2008, the adversary in Russia created 10 different versions of it that we had to find, create a signature, stop it. Another one was deployed, find it, create a signature, stop it. Now imagine if you created a behavior and you could stop all 10 of them at once. And not just the Defense Department, but everybody could get that and you could share it and you could see where it's going, make it visible. And you could share that with governments. So they could say, "He's the guy that's doing it. Let's hold them accountable right now."

Gen. Keith Alexander:

That's where we got to get to, because if you think about it and you say, "Where's that attack coming from?", what we end up doing is we spend months of, "Well, I've got to investigate. I got to go find it out. I got to figure it out. I've got to go do incident response." We want to do incident prevention. And if you're going to do that, you've got to bring all this together and create that picture. It won't be perfect at first, but it is the future. It's where we have to go to solve the problem you just put on the table. And that is everybody rinses their hands over. It is hard. I've got it. I mean, I love the offense. I know how good they can be, how hard this will be. Behavioral analytics gives us a tremendous advantage. There is a lot of work to be done on it, but it's a tremendous advantage, and the way we can share that information starts to bring all these companies together. And we are seeing that with small and mid-sized companies and we're having great success there.

Andrew Nowinski:

Well, that's a good segue. I'd like to kind of kind of shift gears now and really focus more on IronNet. You have two, as you mentioned, a behavioral analytics tool called IronDefense, and you have a Collective Defense offering called the IronDome. Can you just explain how these two tools work? How are they sharing information with the customer, people or companies that are customers of IronNet?

Gen. Keith Alexander:

So IronDefense, think of that as the event generator. It uses behavioral analytics to generate events and an export system to actually score every event that you have, from really bad to, I'm not sure about this one. Now you create, say 100 or 1,000 events a day, and then you can take those events, say, "Here's a small group you should look at, but oh, by the way, while you're looking at those, I can take those events, anonymize them and share them up in the dome and say, 'Anybody else seeing these same things?'" So IronDefense helps us create the events, has an expert system to grade them and a hunt platform. That's IronDefense, and IronDome takes those anonymized events and says, "Who's got the same thing?" Then we can take that information and say, "Okay, you three have the same thing or you five. And you might have the best person on DNS, domain name server command and control."

Gen. Keith Alexander:

And if you do, you can say, "This is what this means." And another company can add to it. And now you have knowledge sharing and crowdsourcing. So that's what we provided in the Dome is the ability to work together. And because it's anonymized, it can be shared with governments. And now what you're doing is you're bringing in a way to defend nations, which is where we need to get to. In my experience, no company out there can withstand nation state attacks on a continued basis. The government has to

Page 8 of 15

weigh in to prevent that. If we're going to do that, the government has to be able to see what's going on in order to do it. That's what we do with Collective Defense. That's the IronDome.

Andrew Nowinski:

Okay, that makes sense. So as it relates to maybe a recent event, I want to talk about the SolarWinds attack. I think you've mentioned in prior presentations, that IronNet was actually able to detect the SolarWinds malware nine to 12 months before FireEye reported discovering it. I guess, how did you do that? And maybe why didn't you notify all the government agencies about it when you discovered it? Why did we have to wait until FireEye reported finding it and everyone's starting to react at that point?

Gen. Keith Alexander:

Yeah. So what happens is on May 31, 2020, we detected DNS command and control with three subdomains down. Our behavioral analytics detected that and said, "Hmm, this is odd. I'm being blocked at company A." It was sent to the Dome. Four days later, company B said, "I've got the same thing, being blocked there." And a few weeks later, company C had the same thing. It was all correlated. They were all blocked and it stopped there. To be completely transparent, here's something that I did that didn't help us. Because most of the people in government had worked for me, we did not sell to the government. Had we have sold to the government, we could have seen, "Oh, by the way, they're being kept with the same thing. And we're seeing the second stage." None of our companies got the second stage. So it looked like DNS command and control.

Gen. Keith Alexander:

We see a lot of that. It's all stopped. And we saw it in an area that nobody else did. When we walked Kevin Mandia through that, he made a public statement in one of the press conferences on this. Had we have been working together, we could have ended this in early June of 2020. And we're working together now to do just that. And we're working with governments to address that shortfall. So I was actually counseled, "You should help the government get over it. You've been out seven years, help us." So we're doing that.

Andrew Nowinski:

That's great. Actually, maybe that's a good segue. You have a number of governments as customers of IronNet. I think you have Japan, Bahrain, Singapore. I guess I was a little surprised to see those. How did you choose or why did they choose to work with IronNet first and maybe some of our larger allies of the U.S. have not signed on as customers yet?

Gen. Keith Alexander:

Well, it's interesting. First, Singapore is a great ally of ours, but they're also a small ecosystem. If you want to test how to set this all up in one area, which you have about a million and a half people that are technically brilliant and they can work together and kind of run through it, Singapore is the place to do it. Japan asked for help and Bahrain asked for help, and Poland and others have asked for help. So we're working with a number of countries in just that regard, I think the issue was it wasn't us going out as much as them coming to us and asking for help. So that's actually how that started and what we've been doing on those.

Andrew Nowinski:

Page 9 of 15

Makes sense. And then you also have two DoD branches and I think four state agencies, U.S. state agencies as customers, and the government is clearly in the best position to really embrace this Collective Defense model. And especially with the recent executive order on cybersecurity would seem that they want to support more information sharing, I guess. Does the government's involvement maybe drive or you drive private company adoption of your technology? And how should we think about sort of that public private partnership that you're trying to establish with IronNet?

Gen. Keith Alexander:

Yeah, on the government side, so this is where Bill and I, so Bill will come alongside and correct everything that I say as we go in, but on the government side, we're seeing the protection of intellectual property is one of the key things that government needs to do, especially in the defense industrial base, great traction, great proof of concept there, and it's growing significantly. That's one of the things that we saw started off. We thought we doubled the size and they're actually going up almost by an order of magnitude going up to 50 plus companies. So I think that's a great start for us. And it does just what you're saying. It gives us the ability to now put a mask together on the public side, the government, and the defense industrial base starting to work together. Let's get out in front of that. So Bill's also got some things there.

William Welch:

Yeah, actually, I'll jump in General and Andy. So what we're seeing is that we know how important it is to have this partnership, these public private partnerships. So as I mentioned in the Energy Dome where if you think about, if any of those energy companies looked out their window and saw a nation state adversary at their gates, law enforcement, the military and all them would be there to come to their aid. Well, the question was, why is it any different in cyber? And it needs to be the same response, both in the physical and in the digital. In the digital side, the way that these companies are taking great technologies that they already have in their infrastructure, working together in a Collective Defense, leveraging IronNet, and then enabling the entities to protect them, so being able to share, and we're very proud of the relationships we have, whether it's with DHS or CISA or other government entities here in the U.S. and abroad, to make sure that we can share that information anonymously, making sure that we are protecting private information, because this is only event information and correlation data so that they can actually respond appropriately because there's only so long an energy company or a critical infrastructure or a healthcare company or a financial can sustain somebody coming at them in their network.

William Welch:

So that's the one thing that we're really proud of is that public private partnerships, because it's one thing to have great detection and analytics platform, which we do with our NDR platform. It's great that we're bringing together cybersecurity through this Collective Defense and defending in teams. But now we need the actual public private partnerships, which is the other area where we've invested time, money and resources to bring to bear to the market.

Andrew Nowinski:

Okay. Let's take it a little bit on the vendor side and the partnerships that you have. I think that's one thing that struck me as really interesting. You've partnered with so many of the marquee cybersecurity vendors in the market already, including CrowdStrike, SentinelOne, Palo Alto Networks, as you said, Mandiant, Microsoft and many others. I think you have what's called bi-directional integration with

these partners, meaning you're sharing data with them and they're sharing data with the IronNet platform. I guess, are they actually providing a lot of their threat intelligence that they're gathering from their products into the Dome because they typically keep a lot of that data close to the vest for their own customers. They don't want it shared potentially to their competitors, I guess. Can you just explain sort of how that integration with these vendors actually works?

William Welch:

Yeah, absolutely. One, we're very excited and encouraged by our partnerships because all these technologies play a significant role in defending our joint customers. So while the integration with each of the partners you mentioned depends on how their platform and ours interact. But as a general, we talk about bi-directional integration. That means we send information about the threats we identify, including events, alerts, contextual information from our platform to theirs. And then it takes similar information from their platform into ours in order to make our detection and analytics that much better. So it provides context for analysts, looking at the events in both platforms and they can provide better scoring, assist with the identification of the new threats, highlighting those anomalous behaviors, which is identified by either platform, which then can be correlated in our Dome. And the bi-directional integration helps our customers make the most out of the security products they've already invested in so we can leverage what they already have in their infrastructure, along with our IronDome and our IronDefense.

Andrew Nowinski:

Okay. Now from talking to a lot of chief information security officers out there, it's not uncommon I think for most data centers and large enterprises to have 80 plus security vendors in their data center, wouldn't your solution be much more effective if it was integrated with all the security vendors in a data center that a company's using versus the current list of partners that you currently have?

William Welch:

Yeah. And so I will tell you that our focus really has been integrating with the tools and the platforms that our customers see as being the most value through our platform and vice versa. So we sought to focus on the most prominent players. You've mentioned most of them already with the strongest capabilities as our first set of partners. Over time, we intend to expand our integration to other vendors. Our prioritization really is going to be around how we can deepen the roadmap, deepen the relationship and the value to our customers so we can provide the best environment with the broadest group of technology partners and for the good value for our customers.

Andrew Nowinski:

Okay. So it seems like a lot of the value that IronNet is providing is really sort of that Switzerland type neutral middleman platform where everyone's sharing information with IronNet. Do you think that makes IronNet maybe less of an M&A target, since a vendor like Palo Alto may not want to share information with their competitors, if they were to, if they own this type of collective sharing model? A lot of the value that you're providing really depends on all of that integration with many other vendors.

William Welch:

Yes, Andrew. Here's what I would say is that we believe that we have great capabilities in the NDR space. That's really the space that we're playing in. Just like when I was at Zscaler, we played in the secure web gateway, but we set the vision for cloud security. IronNet's going to continue to play in the

Page 11 of 15

network detection response base. That's where we're doing our best work, our best analytics, but we're setting the vision for Collective Defense. So the Collective Defense approach along with NDR has been to provide the value in addition to, and alongside those other security tools. Because a lot of those technologies that we've been talking about today are needed. While at times, we may displace vendors that operate in our categories, the ones that I just mentioned, there's a wide range of tools to which we're a clear compliment and not a replacement.

William Welch:

We have little to no competitive overlap, for example, with the EDR vendors like CrowdStrike, the firewall vendors like Palo Alto or the IRR and hunt firms like Mandiant. As a matter of fact, we're very excited about those relationships. And as the General mentioned, we've had customers compare us to CrowdStrike is to the endpoint as we are to the network. And we're excited that they're doing very well where they're doing and we're doing very well in our space. So our deep integrations, our Collective Defense capabilities is adding value to these customers along with those platforms and the investments they've already made in those ecosystems.

Andrew Nowinski:

Okay. I think you just answered this question I was going to ask, but it does seem like, it sounds like you're complimenting, you still need a lot of the individual vendors in your data center, so you're not necessarily taking away any value from those solutions, even though you're integrating them and making their products better. It doesn't seem like you're sort of lessening the premium or the value on those individual vendors or components in a data center.

William Welch:

Absolutely not. I mean, a matter of fact, one of the things that we're so excited about is there's so many different vendors, whether it's a great SIM or a security information manager or SOAR tool, the names like you would commonly know in Splunk, we have bi-directional integration where we can pass that information into that pane of glass, which is what customers already have incredible experience with. We might, we have an integration for example, where we can pass a helpdesk and a service ticket into ServiceNOW. We can, as you mentioned already, CrowdStrike where we can take information from the endpoint and press that up against our detection and analytics. And just like we talk about Collective Defense in industries where energy sector has to come together and the financial sector and the healthcare, we as a technology vendor, have to come together to protect our customers. And we're so excited about those relationships because we're practicing not only Collective Defense with our customers, but we're practicing Collective Defense with these ecosystem partners.

Andrew Nowinski:

Okay. And then how do you get to critical mass, where a vendor needs to be part of your network or risks getting displaced by another vendor that is part of your network? So for instance, let's say, Fortinet, it doesn't look like is a partner yet of IronNet. If a customer or a potential customer of IronNet believes in the value of IronDome, maybe they would consider removing Fortinet as their network provider and going with Palo Alto, just to ensure that they have that collective sharing of information, making the Palo Alto firewalls more effective. Do you see that happening or how do you get to that critical mass?

William Welch:

Page 12 of 15

Yeah. So Andy, what we're seeing is that we're seeing that as a result of capturing these cornerstone customers, as I mentioned, just I gave you one example in the energy dome. I can give you others in our financial, and even most recently you saw us that we talked about our space dome, securing that next plateau, the whole space and the International Space Station and what's going on with that net new venue. Why I bring that up to you is that what we're seeing is these domes are being created, we're seeing more and more entities that want to be a part of that, where they're saying, "Hey, you establish the space dome, let these five or six other companies need to join us."

William Welch:

And we're seeing that within the energy dome, where these executives are asking other members of their community, of their supply chain, of individuals that are working within. The same thing with the partners is as we bring in more and more of these companies into these domes in the space dome for example, the technologies that they're using is pretty common. We can see that they're using a Palo Alto or a CrowdStrike or a Splunk. So the common integration points are already there. And we do see where some of our customers have said, Well, I'm trying this technology, would you then integrate with them?" So we are seeing that uplift as a result of our customers helping us drive our ecosystem partnerships.

Andrew Nowinski:

That's great, Bill. Okay, why don't we shift gears real quick and we'll move over to some of the financial questions for Jamie. And I've also got a number of financial related questions from investors via email that I'm going to ask here. So maybe first question on investors minds is why did you go this back route versus going the traditional IPO route, maybe that would have given investors more comfort and more due diligence at IronNet?

James Gerber:

Yep. Bill, in terms of a route to a funding, you want to take that or you want me to?

William Welch:

Yeah, let me touch on that too. Andy, one of the things, I've done an IPO as you know in Zscaler, and now I've been able to be participating in taking this company through a SPAC, they're very different go to market models. And when I say very different is that as you know, leading up to an IPO, you can only tell everybody what you've done. You don't really talk about futures. The one thing that we like about with this SPAC and the merger was we were able to talk about our long-term horizon, what we're going to be doing as a company. If anything, it gives incredible transparency to the investor community of where we are and where we're going. It's very detailed. And you can see all the information in the S-4. So when we had the opportunity about a year ago, where we were being approached by multiple different SPACs who thought, and then we all know how important cybersecurity is.

William Welch:

We saw it as an opportunity because we could have let a Series C or a SPAC. And we said, "This is a great opportunity for the company to unveil itself, unveil what we're trying to do to drive Collective Defense, to help transform cybersecurity. At the same time, give us a platform to help us advance the agenda quicker with not only financials, also capital for M&A, and an expansion of our product roadmap." So that's why we pursued the SPAC. And then on top of it, the one that we chose in LGL, this is an entity that not only has incredible understanding of Wall Street with the Gabelli family, but also the LaPenta

family, who understands the defense and the whole understanding of how it's a mission oriented company, which is what IronNet is.

Andrew Nowinski:

Got it. And then maybe from just a high level, if you could just give us a quick recap of the guidance you did provide. You said you're looking at, you're trying to provide more visibility into the long-term view. Why don't you just start by summarizing the guidance that we've got currently out there for the remainder of the year?

James Gerber:

Yeah. So we summarize that. In fact, we've put out of subsequent 8-K along those lines just last week. So the primary affects that we've been seeing with the momentum in the marketplace is what's really driving the primary forward metric of ARR, the annual recurring revenues. So we did increase the guidance on that. We've been seeing these larger contracts coming along. So that's been the primary focus on the guidance, somewhat to the expense of revenue starts, but we're a SaaS company so we recognize revenue all along the course of contracts. We've seen some really significant ARR builds, and that was the core of the guidance.

Andrew Nowinski:

Okay. Now, correct me if I'm wrong, but I think you've guided to 75 million for fiscal '22 for your ARR.

James Gerber:

That's right. When we originally did our outlook for the year at the very first S-4, we saw that at about 68 million and really that's where evolving contracts have caused us to increase our guidance up to 75.

Andrew Nowinski:

Okay. So I want to maybe just drill into that really quick. You've talked about some of those larger deals that are forming in the back half of the year. Should we assume that those larger deals that are still forming are in that 75 million or is that, would you consider that upside to the 75 million guidance?

James Gerber:

Well, they make up an important part of the 75. Any good company has got to build its business on everything from singles and doubles all the way up to the big transactions. We're very pleased to see an outsized set of larger transactions out in front of us. So there is opportunity, but we're focused on executing to the 75 and making sure that's where we deliver for the year.

Andrew Nowinski:

Got it. I don't think you gave us any sort of guidance as it relates to operating expense targets. So I'm wondering if you could provide maybe any color as to how you're thinking about the trajectory of your expense build.

James Gerber:

Sure. So I think the references in the S-4 are always a good start. So I would point you there initially. I think the other thing that's worthy of some fairly quick attention is really just seeing where the other high-growth sturdy companies that have gone after a TAM as large as what we're going after have gone.

So there remains at these stages of growth, very high levels of investment in sales and marketing, high levels of investment in research and development, but high levels really at benchmark levels for these high growth companies. So I think you'll see that pattern continuing. That's one of the reasons why having access to the public markets to continue to fuel that growth is an important development for us.

Andrew Nowinski:

Where would you say your focus is on that investment? So it seems like you've got IronDome and IronDefense already in place, yet you're still evolving more on certainly the sales side and then adding more of those partners. Are you focusing more of your investments on the sales and marketing side or is there still some left to be done on the R&D side?

James Gerber:

Sure. There's much to be done on both sides. So just really kind of referencing those spend number as a percent of revenue is a good way to be thinking about that. And as we go into next year, we're really targeting for instance, sales and marketing to represent about 75% of our revenues for next year, again not unlike how the right way is to pursue a market like those should drive spending. R&D at about 50% of revenues is what you will also have seen underpinning those forward forecasts, G&A following up obviously the trailing piece. To your point, R&D, we've got our core tech, that's fantastic. Really in the opportunities for upsell though, come in just increasing the number of those upsell features, additional suites, additional deployment options, additional integrations. We still provide a very comprehensive solution to our customers, but we also are going to continue our investment in those elements that are going to comprise very nice upsell elements to allow customers to utilize all different aspects of our product through their courses of growth.

Andrew Nowinski:

Well, thank you, Jamie, for that. That wraps it up on our end. On behalf of Wells Fargo Securities and everyone on the call today, I cannot stress enough how much we really appreciate spending time with you and your team and Gen. Alexander and talking about IronNet. I really look forward to following your progress. So thank you very much.

James Gerber:

Thank you.

William Welch:

Thanks, Jamie.

Gen. Keith Alexander:

Thank you.

Page 15 of 15