# EXHIBIT 13



IronNet Overview Sept 2021vWells Fargo
Page 2 of 9

# Safe Harbor

## Disclaimer and Forward-Looking Statements

This presentation contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, as amended, that reflect the current beliefs, expectations and assumptions of IronNet, Inc. (the "Company" or "IronNet") regarding the future of its business, its future plans and strategies, future financial condition and other future conditions, including, without limitation, implied and express statements regarding the growth of the cybersecurity market, the company's growth strategy and its ability to transform the market through collective defense, as well as expectations regarding future revenue, annual recurring revenue and billings. The words "may," "might," "will," "could," "would," "should," "expect," "plan," "anticipate," "intend," "believe," "expect," "estimate," "seek," "predict," "future," "project," "potential," "continue," "target" and similar words or expressions are intended to identify forward-looking statements, although not all forward-looking statements contain these identifying words. These forward-looking statements are not guarantees of future performance, conditions or results, and involve a number of known and unknown risks, uncertainties, assumptions and other important factors, many of which are outside IronNet's management's control, that could cause actual results or outcomes to differ materially from those discussed in the forward-looking statements. Important factors, among others, that may affect actual results or outcomes include: the failure to recognize the anticipated benefits of IronNet's business combination with LGL Systems Acquisition Corp. (LGL); IronNet's ability to execute on its plans to develop and market new products and the timing of these development programs; the inability to recognize the anticipated benefits of IronNet's partnerships with third parties; its estimates of the size of the markets for its products; the rate and degree of market acceptance of IronNet's products and the timing of expected business or revenue milestones; the effects of competition on IronNet's business; IronNet's ability to identify and integrate acquisitions; the performance of its products; potential litigation involving IronNet or LGL; general economic and market conditions impacting demand for IronNet's products; the adequacy of IronNet's cash resources and availability of financing on commercially reasonable terms; and the accuracy of IronNet's estimates regarding future revenue, annual recurring revenue and billings.

The foregoing list of factors is not exhaustive. You should carefully consider the foregoing factors and the other risks and uncertainties described under the heading "Risk Factors" in LGL's proxy statement/prospectus filed with the Securities and Exchange Commission (SEC) pursuant to Rule 424(b)(3) on August 6, 2021, as well as other documents to be filed by IronNet from time to time with the SEC. The proxy statement/prospectus identifies and addresses, and the other filings from time to time may identify and address, other important risks and uncertainties that could cause actual events and results to differ materially from those contained in the forward-looking statements. Forward-looking statements speak only as of the date of this presentation and should not be relied upon as representing its views as of any subsequent date. The Company explicitly disclaims any obligation to update any forward-looking statements, whether as a result of new information, future events or otherwise. No representations or warranties (expressed or implied) are made about the accuracy of any such forward-looking statements.

This presentation contains projected financial information of the Company. Such projected financial information constitutes forward-looking information, is for illustrative purposes only and should not be relied upon as necessarily being indicative of future results. The assumptions and estimates underlying such financial forecast information are inherently uncertain and are subject to a wide variety of significant business, economic, competitive and other risks and uncertainties, as described above. Actual results may differ materially from the results contemplated by the financial forecast information contained in this presentation, and the inclusion of such information in this presentation should not be regarded as a representation by any person that the results reflected in such forecasts will be achieved.

Certain information contained in this presentation relates to or is based on studies, publications, surveys and other data obtained from third-party sources and the Company's own internal estimates and research. While the Company believes these third-party sources to be reliable as of the date of this presentation, it has not independently verified, and makes no representation as to the adequacy, fairness, accuracy or completeness of, any information obtained from third-party sources. Finally, while the Company believes its own internal research is reliable, such research has not been verified by any independent source.

2    IronNet Proprietary    IronNet

**Wells Fargo Fireside with General (ret) Keith Alexander 9.20**