# EXHIBIT 17

SEPTEMBER 30, 2021

# Bill Signed: H.R. 5305

On Thursday, September 30, 2021, the President signed into law:

H.R. 5305, the "Extending Government Funding and Delivering Emergency Assistance Act" which includes a short-term continuing resolution that provides fiscal year 2022 appropriations to Federal agencies through December 3, 2021, for continuing projects and activities of the Federal Government; includes supplemental appropriations for disaster relief; includes supplemental appropriations for Afghanistan evacuees; and extends several expiring authorizations.

Thank you to Chairman Patrick Leahy, Vice Chairman Richard Shelby, Chair Rosa DeLauro, and Ranking Member Kay Granger for their leadership.