# EXHIBIT 21

## IronNet, Inc. (IRNT)
NYSE - NYSE Delayed Price. Currency in USD

☆ Add to watchlist        👥 Visitors trend  2W ↓  10W ↑  9M ↑        Quote Lookup

**0.6844**  **+0.0940**  **(+15.92%)**    **0.6450**  **-0.04**  **(-5.76%)**
At close: 04:00PM EDT                    After hours: 07:21PM EDT

Summary    **Company Outlook** Y+    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability


THIS IS HOW YOU CAN **AVOID OVERDRAFT AND RETURN FEES**    Huntington  Find Out How  Member FDIC

Time Period: Sep 13, 2021 - Dec 16, 2021 ⌄        Show: Historical Prices ⌄        Frequency: Daily ⌄

Apply

Currency in USD                                                    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Dec 16, 2021 | 4.9100 | 5.5000 | 4.6400 | 4.6600 | 4.6600 | 8,281,400 |
| Dec 15, 2021 | 6.7000 | 7.0800 | 6.3200 | 6.8000 | 6.8000 | 4,010,900 |
| Dec 14, 2021 | 6.5500 | 6.8000 | 6.4500 | 6.6600 | 6.6600 | 1,161,500 |
| Dec 13, 2021 | 7.0800 | 7.3700 | 6.6000 | 6.6600 | 6.6600 | 1,947,900 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Dec 10, 2021 | 7.5000 | 7.6000 | 6.9700 | 7.1500 | 7.1500 | 1,383,700 |
| Dec 09, 2021 | 8.1000 | 8.1000 | 7.3000 | 7.3900 | 7.3900 | 1,818,500 |
| Dec 08, 2021 | 8.2800 | 8.4000 | 7.8700 | 8.0500 | 8.0500 | 1,207,100 |
| Dec 07, 2021 | 7.5000 | 8.5170 | 7.4700 | 8.1800 | 8.1800 | 1,943,300 |
| Dec 06, 2021 | 7.3000 | 7.5500 | 6.9000 | 7.2900 | 7.2900 | 1,840,600 |
| Dec 03, 2021 | 7.6700 | 7.7800 | 6.9400 | 7.4300 | 7.4300 | 1,579,700 |
| Dec 02, 2021 | 7.3000 | 7.7290 | 7.1900 | 7.5600 | 7.5600 | 1,475,500 |
| Dec 01, 2021 | 8.2000 | 8.2000 | 7.2300 | 7.3000 | 7.3000 | 1,300,700 |
| Nov 30, 2021 | 8.4600 | 8.6100 | 7.8300 | 8.0400 | 8.0400 | 1,543,500 |
| Nov 29, 2021 | 9.0200 | 9.0900 | 8.3800 | 8.5400 | 8.5400 | 1,676,300 |
| Nov 26, 2021 | 9.1800 | 9.2400 | 8.8500 | 9.0800 | 9.0800 | 716,100 |
| Nov 24, 2021 | 8.9400 | 9.4500 | 8.8200 | 9.2700 | 9.2700 | 1,353,100 |
| Nov 23, 2021 | 9.6000 | 9.7100 | 9.0000 | 9.1900 | 9.1900 | 1,457,000 |
| Nov 22, 2021 | 10.4400 | 10.4800 | 9.4200 | 9.6400 | 9.6400 | 2,415,700 |
| Nov 19, 2021 | 10.1700 | 10.6800 | 10.1000 | 10.5200 | 10.5200 | 1,186,300 |
| Nov 18, 2021 | 10.6500 | 10.6900 | 9.9000 | 10.0800 | 10.0800 | 1,266,100 |
| Nov 17, 2021 | 10.7500 | 11.0700 | 10.4440 | 10.4700 | 10.4700 | 939,800 |
| Nov 16, 2021 | 10.3500 | 10.8500 | 10.3200 | 10.7800 | 10.7800 | 1,466,100 |
| Nov 15, 2021 | 10.4400 | 10.7500 | 10.1100 | 10.5500 | 10.5500 | 1,656,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

New Chase business checking customers earn $300 when you open a Chase Business Complete Checking℠ account with qualifying activities

Banking | Payments | Credit Cards

Learn more

JPMorgan Chase Bank, N.A. Member FDIC.

**Similar to IRNT**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **ALF** Alfi, Inc. | 0.1111 | 0.0000 | 0.00% |
| **KPLT** Katapult Holdings, Inc. | 0.9600 | +0.0398 | +4.33% |
| **BKKT** Bakkt Holdings, Inc. | 2.3600 | +0.2000 | +9.26% |

Finance Home    Watchlists    My Portfolio    Cryptocurrencies    Yahoo Finance Plus Y+    News    Screeners    ...

y!finance+    Upgrade now

ARQQ    4.2000    +0.2400    +5.57%
Arqit Quantum Inc.

**PGY**    1.3400    +0.1600    +13.56%
Pagaya Technologies Ltd.

| Date | | | | | | Volume |
|------|------|------|------|------|------|------|
| Nov 12, 2021 | 10.6600 | 10.7300 | 10.2500 | 10.4500 | 10.4500 | 1,991,000 |
| Nov 11, 2021 | 10.6400 | 10.7900 | 10.4600 | 10.6300 | 10.6300 | 1,239,200 |
| Nov 10, 2021 | 11.0400 | 11.5800 | 10.4500 | 10.7700 | 10.7700 | 3,679,800 |
| Nov 09, 2021 | 11.1800 | 11.4300 | 10.8700 | 11.2900 | 11.2900 | 1,652,600 |
| Nov 08, 2021 | 11.3600 | 11.4400 | 10.8600 | 11.2300 | 11.2300 | 2,604,800 |
| Nov 05, 2021 | 11.8500 | 11.8500 | 11.0400 | 11.2200 | 11.2200 | 2,259,500 |
| Nov 04, 2021 | 12.2100 | 12.6500 | 11.7500 | 11.8000 | 11.8000 | 2,311,700 |
| Nov 03, 2021 | 11.8800 | 12.9000 | 11.8800 | 12.2200 | 12.2200 | 4,578,800 |
| Nov 02, 2021 | 11.7400 | 12.7800 | 11.5500 | 12.0000 | 12.0000 | 3,914,400 |
| Nov 01, 2021 | 12.4000 | 12.9900 | 11.6300 | 11.9800 | 11.9800 | 5,017,900 |
| Oct 29, 2021 | 11.8900 | 13.5900 | 11.8300 | 12.4000 | 12.4000 | 11,528,200 |
| Oct 28, 2021 | 13.8200 | 14.2200 | 11.7500 | 12.3900 | 12.3900 | 22,100,500 |
| Oct 27, 2021 | 10.6000 | 17.0000 | 10.4100 | 16.3400 | 16.3400 | 78,326,800 |
| Oct 26, 2021 | 10.1700 | 11.3000 | 10.0100 | 10.3000 | 10.3000 | 2,545,500 |
| Oct 25, 2021 | 9.8500 | 10.4700 | 9.5100 | 10.3700 | 10.3700 | 2,061,400 |
| Oct 22, 2021 | 10.0300 | 10.3200 | 9.7500 | 9.8100 | 9.8100 | 2,690,400 |
| Oct 21, 2021 | 10.6300 | 11.5740 | 10.2100 | 10.2700 | 10.2700 | 3,635,900 |
| Oct 20, 2021 | 11.0900 | 11.3670 | 10.5700 | 10.6800 | 10.6800 | 2,437,400 |
| Oct 19, 2021 | 10.0000 | 11.5900 | 9.7500 | 11.4100 | 11.4100 | 7,123,100 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

Data Disclaimer  Help  Suggestions
Privacy Dashboard

Privacy  About Our Ads  Terms  Sitemap

© 2022 Yahoo. All rights reserved.

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Oct 18, 2021 | 10.7300 | 10.8700 | 9.9700 | 10.0700 | 10.0700 | 3,325,300 |
| Oct 15, 2021 | 10.8600 | 11.4200 | 10.6900 | 10.9100 | 10.9100 | 3,360,700 |
| Oct 14, 2021 | 11.0400 | 11.1600 | 10.5000 | 10.8700 | 10.8700 | 2,947,000 |
| Oct 13, 2021 | 11.6500 | 11.7400 | 10.9700 | 11.0800 | 11.0800 | 2,476,800 |
| Oct 12, 2021 | 11.8900 | 12.1500 | 11.4800 | 11.5700 | 11.5700 | 1,583,400 |
| Oct 11, 2021 | 11.9500 | 12.5700 | 11.5500 | 11.9400 | 11.9400 | 2,152,700 |
| Oct 08, 2021 | 12.4700 | 12.5800 | 11.8400 | 12.0000 | 12.0000 | 2,299,800 |
| Oct 07, 2021 | 13.1500 | 13.4800 | 12.4200 | 12.4500 | 12.4500 | 3,626,300 |
| Oct 06, 2021 | 13.1700 | 13.7500 | 12.8800 | 12.9900 | 12.9900 | 3,893,900 |
| Oct 05, 2021 | 13.1800 | 15.2000 | 12.8300 | 13.4200 | 13.4200 | 8,406,600 |
| Oct 04, 2021 | 13.5600 | 14.0600 | 12.6500 | 12.9900 | 12.9900 | 3,894,400 |
| Oct 01, 2021 | 14.7100 | 15.1600 | 12.5100 | 14.0800 | 14.0800 | 14,803,900 |
| Sep 30, 2021 | 19.9100 | 20.1000 | 16.1400 | 17.0500 | 17.0500 | 9,706,000 |
| Sep 29, 2021 | 25.3500 | 25.6000 | 19.6600 | 20.0300 | 20.0300 | 6,437,300 |
| Sep 28, 2021 | 25.0700 | 27.3900 | 24.3500 | 26.3600 | 26.3600 | 5,139,600 |
| Sep 27, 2021 | 25.2720 | 26.6600 | 23.6180 | 25.8300 | 25.8300 | 7,518,700 |
| Sep 24, 2021 | 23.4000 | 26.2400 | 23.3000 | 25.7600 | 25.7600 | 6,084,500 |
| Sep 23, 2021 | 29.0000 | 29.5500 | 23.6100 | 23.7900 | 23.7900 | 5,379,200 |
| Sep 22, 2021 | 30.6000 | 31.8100 | 29.1100 | 29.4100 | 29.4100 | 3,680,500 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Sep 21, 2021 | 32.3200 | 34.8300 | 30.1100 | 30.9600 | 30.9600 | 6,674,700 |
| Sep 20, 2021 | 27.9500 | 33.8500 | 26.1800 | 33.3400 | 33.3400 | 13,916,400 |
| Sep 17, 2021 | 37.2600 | 37.6400 | 29.1200 | 30.2600 | 30.2600 | 16,022,500 |
| Sep 16, 2021 | 43.9400 | 47.5000 | 35.0220 | 41.4000 | 41.4000 | 59,565,900 |
| Sep 15, 2021 | 27.3500 | 32.7200 | 24.4500 | 32.1300 | 32.1300 | 57,260,800 |
| Sep 14, 2021 | 20.3500 | 23.8500 | 19.5000 | 23.3200 | 23.3200 | 8,504,800 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.