# EXHIBIT 22





Updated December 6, 2021

# Defense Primer: The NDAA Process

The National Defense Authorization Act (NDAA) provides authorization of appropriations for the Department of Defense (DOD), nuclear weapons programs of the Department of Energy, and other defense-related activities. In addition to serving as an authorization of appropriations, the NDAA establishes defense policies and restrictions, and addresses organizational administrative matters related to the DOD. Unlike an appropriations bill, the NDAA does not provide budget authority for government activities. Nevertheless, historically it has provided a fairly reliable indicator of congressional sentiment on subsequent appropriations for particular programs.

FY2021 was the 60th consecutive fiscal year for which a defense authorization was enacted. (As of the date of this publication, Congress has not passed an FY2022 NDAA.) This regular enactment of legislation for six decades depends upon adherence to process and consistency in procedures, schedules, and protocols.

## Committees of Jurisdiction

The House Committee on Armed Services (also known as the House Armed Services Committee, or HASC) and the Senate Committee on Armed Services (also known as the Senate Armed Services Committee, or SASC) have jurisdiction over all bills, resolutions, and other matters relating to the common defense under the Rules of the House and Senate. Referred to as the *authorizers* or the *authorizing committees*, the HASC and the SASC each has subcommittees that are assigned jurisdictional responsibilities by the full committee. In the 117th Congress, the HASC established seven subcommittees:

- Tactical Air and Land Forces;
- Military Personnel;
- Readiness;
- Seapower and Projection Forces;
- Strategic Forces;
- Intelligence and Special Operations; and
- Cyber, Innovative Technologies, and Information Systems.

The SASC established seven subcommittees:

- Airland;
- Cybersecurity;
- Emerging Threats and Capabilities;
- Personnel;
- Readiness and Management Support;
- Seapower; and
- Strategic Forces.

## The NDAA Timeline

The NDAA process begins on or about the first Monday in February of each year, with the submission of the President's budget request to Congress. The Administration often submits policy proposals (i.e., requests for legislation) to the committees of jurisdiction in conjunction with the budget request.

The authorizing committees begin their work on the NDAA in parallel with one another. Both committees conduct a series of hearings on the budget request and related matters, which typically lead to the drafting and markup of separate bills in the House and the Senate.

### Hearings

Upon receipt of the President's budget request, the HASC and the SASC begin a series of posture hearings in which the senior civilian and military leadership of the DOD, the military services, and certain defense agencies are invited to testify before the committees on the budget request. The subcommittees also conduct related hearings, with a focus on issues specific to that subcommittee's jurisdiction. For example, the SASC may hold a hearing with the Secretary and Chief of Staff of the Army on that year's budget request for the Army, and the Airland Subcommittee might follow with a hearing specifically looking at the Army's ground vehicle procurement programs.

### Markup

In a typical year, the committees will have reviewed the President's budget request and associated policy proposals and prepared authorizing legislation for markup in committee by late April or May. These meetings are called markups, because committee members mark up the legislation by considering, debating, and voting on amendments to the authorizing bill.

#### Subcommittee Markup

In current practice, both the HASC and the SASC begin the markup process in subcommittee, with each of the subcommittees considering the *subcommittee Chairman's Mark,* which is a draft legislative proposal with funding recommendations for matters in the bill under that subcommittee's jurisdiction. At completion of markup, each subcommittee votes to report the proposal, as amended, to the full committee.

#### Full Committee Markup

Once the subcommittees have all finalized their markups, the full committee convenes to consider, debate, and vote on amendments to each of the subcommittee marks. During full committee markup, the *full committee Chairman's Mark*, which contains legislation and funding recommendations for matters that are not assigned to a specific subcommittee, is also considered, debated, and voted on. The full committee Chairman's Mark addresses a variety of cross-cutting issues such as general defense