# EXHIBIT 23

# Discretionary Spending in Fiscal Year 2021: An Infographic

September 20, 2022   |   Graphic

Discretionary outlays by the federal government totaled $1.6 trillion in 2021, of which $742 billion was for national defense and $895 billion was for nondefense activities.

[View Document](#)
101.86 KB

## Summary

## THE FEDERAL BUDGET IN FISCAL YEAR **2021**



# A Closer Look at **Discretionary** Spending

Spending that lawmakers control annually through appropriation acts

## At a **Glance**





**$1.6** Trillion

Discretionary outlays by the federal government in **2021**

**$0.9** Trillion

Outlays for nondefense programs, which accounted for more than half of the discretionary total, in **2021**



**7.3**% of GDP

Discretionary outlays in **2021**



**7.3**% of GDP

Average annual discretionary outlays between **2001** and **2020**

# **Discretionary** Outlays
## **$1.6** Trillion



# Trends in **Discretionary** Outlays



Prepared by Leigh Angres, Rebecca Lanning, Dan Ready, Jorge Salazar, and Olivia Yang
Source: Congressional Budget Office, September 2022

All data are for federal fiscal years, which run from October 1 to September 30.
Numbers may not add up to totals because of rounding. GDP = gross domestic product.

## Related Publications

### CBO Releases Infographics About the Federal Budget in Fiscal Year 2021

September 20, 2022

### Mandatory Spending in Fiscal Year 2021: An Infographic

September 20, 2022

### Revenues in Fiscal Year 2021: An Infographic

September 20, 2022

### The Federal Budget in Fiscal Year 2021: An Infographic

September 20, 2022