# EXHIBIT 24

**SECTION 123—APPORTIONMENTS UNDER CONTINUING RESOLUTIONS**

<div style="border:1px solid black">

**Table of Contents**

123.1      What is a continuing resolution (CR)?
123.2      How do I determine the rate for operations under a short-term CR?
123.3      How do I determine the automatically apportioned amount during a short-term CR by the Bulletin?
123.4      How does the Bulletin automatically apportion funding during a short-term CR?
123.5      How can anomalies impact funding for a TAFS during a short-term CR?
123.6      Am I required to submit an account-specific apportionment request while I am funded by a short-term CR?
123.7      How do recurring rescissions impact the rate for operations of a TAFS under a short-term CR?
123.8      Do recurring changes in mandatory programs impact the rate for operations under a short-term CR?
123.9      How is transfer authority applied during a short-term CR?
123.10     How is spending authority from offsetting collections or offsetting receipts that is provided in annual appropriation Acts apportioned during a short-term CR?
123.11     How are appropriated entitlement or other mandatory payments and activities under the Food and Nutrition Act of 2008 apportioned during a short-term CR?
123.12     Are earmarks or programs, projects, and activities (PPAs) in a TAFS apportioned on a pro-rata basis by the Bulletin during a short-term CR?
123.13     What is apportioned during a short-term CR to a TAFS that receives no funding in the House or Senate bill?
123.14     Do the amounts provided as a rate for operations remain available after a short-term CR expires?
123.15     Do short-term CRs limit the purposes for which funds may be obligated?
123.16     When may I request that OMB issue an exception apportionment during a short-term CR?
123.17     If I am funded by a short-term CR and have received an account-specific apportionment, will I have to submit account-specific reapportionment requests for each extension of the CR?
123.18     Are my credit programs funded under a short-term CR?
123.19     Do I have to request a warrant from Treasury for funds provided by a short-term CR?
123.20     Do I need to request a reapportionment after my full-year appropriation is enacted?
123.21     Will my full-year enacted appropriations cover obligations made during the CR?
123.22     What if the full-year enacted appropriations subsequently provided less budget authority than obligations incurred under the short-term CR?
123.23     What happens to my apportioned, unobligated short-term CR funding if the short-term CR is followed by a lapse in appropriations?

**Summary of Changes**

Clarifies that OMB needs to provide concurrence by email in order for an agency to reflect automatically apportioned funds as quarterly (Category A) during a short-term continuing resolution (section 123.4).

</div>

SECTION 123—APPORTIONMENTS UNDER CONTINUING RESOLUTIONS

**123.1    What is a continuing resolution (CR)?**

Continuing resolutions (CRs) are joint resolutions that provide continuing appropriations for part of a fiscal year or a full fiscal year.  A CR that covers only a part of a fiscal year is referred to as a "short-term" CR, and a CR that covers a full fiscal year is referred to as a "full-year" CR.  A CR is often enacted when the Congress has not yet passed new appropriations bills by October 1 or when the President has vetoed congressionally passed appropriations bills.  Because of the nature of a short-term CR, each agency should operate at a minimal level until after its regular fiscal year appropriations are enacted.

CRs provide funds for projects and activities.  The phrase *projects and activities* may have two meanings:

- In section 101 of the CR, the phrase usually refers to the total appropriation for the account (i.e., the amount calculated by the formula) rather than to specific activities (when determining which Government programs are covered by the CR and the rate for operations limit).

- The phrase *also* refers to the specific activity (e.g., programs, projects, or activities) in order to determine whether the activity is a prohibited new start or not.  In other words, when determining whether an activity was authorized to be carried out but was not executed or was carried out in the preceding year.

Usually, CRs do not provide specific dollar amounts in the legislative language for each Treasury Appropriation Fund Symbol (TAFS).  Rather, CRs provide formulas for calculating the amounts appropriated for continuing projects and activities during the period of the CR.  For more information on calculating these amounts, see section 123.2.

For short-term CRs, the annual OMB CR Bulletin ("Bulletin") automatically apportions a pro-rata share of funding available for most TAFSs.  For more information on how the Bulletin apportions funding and how much is apportioned, see sections 123.3 and 123.4.  There are some instances where TAFSs will not receive an automatic apportionment pursuant to the Bulletin and an account-specific apportionment is required during the short-term CR.  Some of those instances are mentioned throughout this section and will be specifically addressed in the Bulletin.

The Bulletin is generally released after the enactment of an initial short-term CR and will contain any specific information regarding the execution of that year's CR.  This section of the Circular provides general conceptual information on the apportionment and execution of short-term CRs.  The Bulletin should be regarded as the official apportionment of CR funds and will refer to this section and section 120 of this Circular as necessary.

Amounts appropriated in a full-year CR are apportioned using the same processes that are used for full-year appropriations Acts.  OMB does not typically issue a Bulletin for full-year CRs.  Occasionally, short-term CRs will include provisions that provide a full-year appropriation for a specific TAFS.  Such full-year appropriations are not automatically apportioned by the Bulletin and are not subject to the calculations discussed below.

**123.2    How do I determine the rate for operations under a short-term CR?**

Short-term CRs routinely provide a formula for determining the rate for operations either in section 101 or in subsequent sections of the bill that may provide a particular rate for a program or account (anomaly).  For over a decade, section 101 of short-term CRs has provided the same process for calculating the rate for operations formula and lists the previous fiscal year's appropriations Acts that are continued under the CR.  In addition, section 101 sometimes includes an across-the-board (ATB) increase or reduction to the rate for operations. This section of the Circular provides guidance that assumes that future short-term CRs