# EXHIBIT 25

DEF 14A 1 d289491ddef14a.htm DEF 14A

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## SCHEDULE 14A
### Proxy Statement Pursuant to Section 14(a) of the
### Securities Exchange Act of 1934
### (Amendment No.___)

Filed by the Registrant ☒

Filed by a party other than the Registrant ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☐     Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material under § 240.14a-12

# IronNet, Inc.
### (Name of Registrant as Specified In Its Charter)

### (Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check all boxes that apply):

☒     No fee required

☐     Fee paid previously with preliminary materials

☐     Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

**Table of Contents**



May 26, 2022

Dear Fellow Stockholders:

IronNet is on a mission to Transform Cybersecurity Through Collective Defense<sup>SM</sup> by addressing the significant gaps created by a predominantly siloed approach to cybersecurity. IronNet's Collective Defense platform addresses two important foundational premises in response to the rapidly evolving cyber threat landscape: 1) organizations can't defend against what they can't see and 2) real-time collaboration is imperative in order to stay ahead of cyber adversaries. IronNet's unique 'crowdsourced' approach to threat response enables whole industries to act like a single defense team, protects the privacy of each contributor and leverages precious cyber talent more efficiently. With this Collective Defense approach, adversaries **must beat all of us to beat one of us**.

Over the past year, some of our key accomplishments include:
• we completed a business combination on August 26, 2021, following which we became a public company listed on the New York Stock Exchange under the symbol "IRNT";
• we entered into an equity line of credit facility that could, subject to limits in the agreement, provide proceeds to us of up to $175 million to support future growth;
• we delivered new product capabilities, including automated alert correlation and triage to better surface malicious threats that otherwise would have gone unnoticed based on a single indicator;
• we earned the highest AAA rating for Network Detection and Response (NDR) from the highly regarded independent testing organization, SE Labs; and
• we more than tripled our customer count.

We are looking at the long game, ensuring our customers get the best value from what we are doing as we provide the technological capabilities needed for the public and private sectors to work together at network speed in their shared cyber defense roles.

With the increase in geopolitical and economic tensions around the globe this year, we have the potential to become more relevant and strategic to our stakeholders, and we are optimistic about the future we can build together. Accordingly, we would like to invite you to attend our 2022 Annual Meeting of Stockholders on Thursday, July 14, 2022, at 12:00 p.m. Eastern Time. Details regarding the annual meeting and the business to be conducted are described in the accompanying Notice of 2022 Annual Meeting of Stockholders and Proxy Statement.

For our first Annual Meeting as a public company, we will use a virtual meeting format to facilitate participation and provide a consistent experience to all stockholders regardless of location, as well as to reduce the environmental impact of our meeting. You may submit questions that are relevant to our business in advance of the Annual Meeting and you will be able to vote and submit your questions during the meeting by visiting *www.proxydocs.com/IRNT* (please have your notice or proxy card in hand when you visit the website).

We are focused on driving execution and growth to create value for our stockholders. On behalf of our Board of Directors, I would like to express our appreciation for your support of, and interest in, IronNet.

Keith Alexander
Founder, co-CEO and Chairman of the Board

Table of Contents

**SECURITY OWNERSHIP OF**
**CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth information regarding the beneficial ownership of shares of our common stock as of April 30, 2022 by:

- each person known by us to be the beneficial owner of more than 5% of our common stock;

- each director;

- each of the executive officers named in the Summary Compensation Table as set forth in this proxy statement; and

- all of our current executive officers and directors as a group.

Beneficial ownership is determined according to the rules of the SEC, which generally provide that a person has beneficial ownership of a security as of a specified date if he, she or it possesses sole or shared voting or investment power over that security as of that date, including options and warrants that are currently exercisable or exercisable within 60 days of that date, and restricted stock units that vest within 60 days of that date.

This table is based upon information supplied by officers, directors and principal stockholders and Schedules 13G or 13D filed with the SEC. Unless otherwise indicated in the footnotes to this table and subject to community property laws where applicable, we believe that all persons named in the table have sole voting and investment power with respect to all shares of common stock beneficially owned by them. The beneficial ownership percentages set forth in the table below are based on 100,426,374 shares of common stock issued and outstanding as of April 30, 2022, adjusted as required by rules promulgated by the SEC.

| Name and Address of Beneficial Owner[1] | Number of Shares | Percentage of Common Stock Outstanding |
|---|---|---|
| **5% or Greater Stockholders** | | |
| Entities affiliated with ForgePoint[2] | 10,100,057 | 10.1% |
| Entities affiliated with C5 Partners[3] | 6,794,861 | 6.8% |
| Entities affiliated with Kleiner Perkins Caufield & Byers[4] | 6,002,001 | 6.0% |
| **Named Executive Officers and Directors** | | |
| GEN Keith B. Alexander (Ret.)[5] | 11,053,024 | 11.0% |
| William E. Welch[6] | 2,002,228 | 2.0% |
| James C. Gerber[7] | 923,281 | * |
| Donald Closser[8] | 296,001 | * |
| Sean Foster | 543,065 | * |
| Donald R. Dixon[9] | 10,447,729 | 10.4% |
| Mary E. Gallagher | 15,000 | * |
| VADM John M. McConnell (Ret.) | 363,251 | * |
| GEN John M. Keane (Ret.) | 388,251 | * |
| André Pienaar[10] | 6,794,861 | 6.8% |
| Hon. Michael J. Rogers | 376,548 | * |
| Theodore E. Schlein[11] | 6,102,001 | 6.1% |
| VADM Jan E. Tighe (Ret.) | 115,579 | * |
| Robert V. "Rob" LaPenta Jr. | 25,000 | * |
| All current directors and executive officers as a group (13 individuals)[12] | 38,902,754 | 38.6% |

24

Table of Contents

(1)  Unless otherwise noted, the business address of each of the following entities or individuals is c/o IronNet, Inc., 7900 Tysons One Place, Suite 400, McLean, Virginia, 22102.

(2)  Includes (i) 52,869 shares of common stock held by ForgePoint Cyber Affiliates Fund I, L.P., (ii) 2,278,138 shares of common stock held by ForgePoint Cyber Co-Investors I, L.P., (iii) 758,760 shares of common stock held by ForgePoint Cyber Co-Investors I-B, L.P., (iv) 1,993,158 shares of common stock held by ForgePoint Cyber Co-Investors I-C, L.P., (v) 270,293 shares of common stock held by ForgePoint Cyber Co-Investors I-E, L.P., and (vi) 4,746,839 shares of common stock held by ForgePoint Cybersecurity Fund I, L.P. ((i) to (vi), inclusive, the "ForgePoint Funds"). Donald R. Dixon and Alberto Yepez are the managing members of ForgePoint Cybersecurity GP-1, LLC, which is the general partner of each of the ForgePoint Funds and exercise shared voting, investment and dispositive rights with respect to the shares of stock held by each of the ForgePoint Funds. The address for all entities and individuals affiliated with the ForgePoint Funds is 400 S El Camino Road, Suite 300, San Mateo, CA 94402.

(3)  André Pienaar, William Kilmer and James Coats are the directors of C5 Investors General Partner Limited, which acts on behalf of C5 Investors LP, the sole manager of C5 Partners LLC. C5 Capital Limited is the investment manager of C5 Investors LP and exercises voting, investment and dispositive rights with respect to the shares of stock held by C5 Investors LLC. André Pienaar is the chief executive officer and a director of C5 Capital Limited together with William Kilmer and Linda Zecher. The address of the entities and individuals affiliated with C5 Capital Limited is 7 Vigo Street, London, W1S 3HF, UK .

(4)  Includes (i) 5,853,150 shares of common stock held by KPCB Digital Growth Fund II, LLC ("KPCB DGF II"), and (ii) 148,851 shares of common stock held by KPCB Digital Growth Founders Fund, LLC ("DGF II Founders," together, the "Kleiner Funds"). The Kleiner Funds' shares are held for convenience in the name of KPCB Holdings, Inc., as nominee, for the accounts of such individuals and entities. The managing member of the Kleiner Funds is KPCB DGF II Associates, LLC ("DGF II Associates"). Theodore E. Schlein (a director of the company), together with L. John Doerr and Mary Meeker, the managing members of DGF II Associates, exercise shared voting and dispositive control over the shares held by the Kleiner Funds. The principal business address for all entities and individuals affiliated with Kleiner Perkins Caufield & Byers is c/o Kleiner Perkins Caufield & Byers, LLC, 2750 Sand Hill Road, Menlo Park, CA 94025.

(5)  Excludes shares of common stock held by trusts established by GEN Alexander, as (a) each such trust is an irrevocable trust, (b) neither GEN Alexander nor his spouse serve as trustee of any such trust, and (c) GEN Alexander does not otherwise exercise voting, investment or dispositive control over the shares of common stock held by the trusts.

(6)  Consists of (i) 1,817,283 shares of common stock and (ii) 184,945 shares of common stock issuable upon the settlement of restricted stock units that will vest within 60 days of April 30, 2022.

(7)  Consists of (i) 844,736 shares of common stock, (ii) 63,165 shares of common stock issuable upon the exercise of immediately exercisable stock options and (iii) 15,380 shares of common stock issuable upon the settlement of restricted stock units that will vest within 60 days of April 30, 2022.

(8)  Consists of (i) 249,387 shares of common stock and (ii) 46,614 shares of common stock issuable upon the settlement of restricted stock units that will vest within 60 days of April 30, 2022.

(9)  Includes (i) the 10,100,057 shares held by the ForgePoint Funds as described in footnote (2) above, (ii) 100,000 shares of common stock held by The Dixon Revocable Trust, of which Mr. Dixon and his spouse are co-trustees, and (iii) 247,672 shares of common stock held directly by Mr. Dixon.

(10)  Includes 6,794,861 shares held by C5 Partners as described in footnote (3) above.

(11)  Consists of the shares described in footnote (4) above and 100,000 shares of common stock held by the Schlein Family Trust, of which Mr. Schlein is the trustee.

(12)  Consists of (i) 38,616,650 shares of common stock, (ii) 63,165 shares of common stock issuable upon the exercise of immediately exercisable stock options and (iii) 246,939 shares of common stock issuable upon the settlement of restricted stock units that will vest within 60 days of April 30, 2022.

## DELINQUENT SECTION 16(A) REPORTS

Section 16(a) of the Exchange Act requires a public company's directors and executive officers, and persons who own more than ten percent of a registered class of the company's equity securities, to file with the SEC initial reports of ownership and reports of changes in ownership of common stock and other equity securities of the company. Officers, directors and greater than ten percent shareholders are required by SEC regulation to furnish the company with copies of all Section 16(a) forms they file.

To our knowledge, based solely on a review of the copies of such reports filed on the SEC's EDGAR system and written representations that no other reports were required, during the fiscal year ended January 31, 2022, all Section 16(a) filing requirements applicable to our officers, directors and greater than ten percent beneficial owners were complied with, except that one report, reporting one transaction, was filed late by Mr. Gerber. Between the end of the last fiscal year and the date of this proxy statement, one report, reporting one transaction, was filed one day late by each of Messrs. Gerber, Welch and Closser.