IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| *In re IronNet, Inc. Securities Litigation* | Civil Action No. 1:22-cv-00449-RDA-JFA |

NOTICE OF SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that, on October 12, 2023, Defendant IronNet, Inc. ("**IronNet**") and certain of its affiliates (collectively with IronNet, the "**Debtors**") filed voluntary petitions (the "**Chapter 11 Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). Pursuant to an order of the Bankruptcy Court, the Debtors' chapter 11 cases are being jointly administered under lead Case No. 23-11710 (BLS) (Bankr. D. Del.). *As of the date hereof, the Debtors' chapter 11 cases remain pending*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petitions, an injunction was placed into effect, which automatically stays, among other things, (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against Defendant IronNet, or any of the other Debtors, that was, or could have been, commenced before the filing of the Chapter 11 Petitions, or (b) any act to obtain possession of, or exercise control over, property of the Debtors' estates.

1

Dated:  October 24, 2023	Respectfully submitted,

/s/ Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.6406
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com

Aaron F. Miner (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.7123
Fax: 212.836.8689
Aaron.Miner@arnoldporter.com

Stephanna F. Szotkowski (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel.: 312.583.2300
Fax: 312.583.2360
stephanna.szotkowski@arnoldporter.com

*Counsel for Defendants IronNet, Inc., Keith B. Alexander, William E. Welch, and James C. Gerber*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 2023, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

/s/ Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.6406
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com

*Counsel for Defendants IronNet, Inc., Keith B. Alexander, William E. Welch, and James C. Gerber*