IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| IN RE IRONNET, INC. SECURITIES LITIGATION | ) ) ) ) ) | Civil Action No. 1:22-cv-449 (RDA/JFA)<br><br>CLASS ACTION |

**ORDER**

This matter comes before the Court on Defendants IronNet, Inc. ("IronNet"), Keith B. Alexander, James C. Gerber, and William E. Welch's ("Defendants") Suggestion of Bankruptcy Upon the Record ("Suggestion of Bankruptcy") (Dkt. 65). In their Suggestion of Bankruptcy, Defendants aver that Defendant IronNet, Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions (the "Chapter 11 Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Defendants further note that, pursuant to section 362 of the Bankruptcy Code, upon the filing of the Chapter 11 Petitions, an injunction was placed into effect, which automatically stays, among other things, (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against Defendant IronNet, or any of the other Debtors, that was, or could have been, commenced before the filing of the Chapter 11 Petitions.

Accordingly, it is hereby ORDERED that this civil action is STAYED pending the resolution of the bankruptcy proceeding or further order from the Bankruptcy Court; and it is

FURTHER ORDERED that defense counsel notify this Court upon the resolution of the

bankruptcy proceeding.

The Clerk is directed to place this matter among the inactive causes and to close this case.

The Clerk is further directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
April 16, 2024

_____ /s/
Rossie D. Alston, Jr.
United States District Judge

2