# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| *In re IronNet, Inc. Securities Litigation* | Civil Action No. 1:22-cv-00449-RDA-JFA |

## STATUS UPDATE

Defendants write in connection with the Court's Order dated April 16, 2024 (ECF No. 66) to provide an update about the chapter 11 cases pending in the United States Bankruptcy Court for the District of Delaware ("**Bankruptcy Court**") involving Defendant IronNet, Inc. ("**IronNet**") and certain of its affiliates (collectively with IronNet, the "**Debtors**"), being jointly administered under lead Case No. 23-11710 (BLS) (Bankr. D. Del.) (the "**Bankruptcy Case**").  On January 18, 2024, the *Amended Joint Chapter 11 Plan of Reorganization of IronNet, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "**Plan**") was confirmed by the Bankruptcy Court, and on February 21, 2024, the Plan became effective.[1]  Accordingly, Defendants' understanding is that the injunction that was placed into effect under Section 362 of the Bankruptcy Code upon the Debtors filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, has now been lifted.

Defendants further write to update the Court concerning the status of the parties' good faith efforts to resolve this matter.  On March 12, 2024, the parties mediated before Jed D. Melnick, Esq. of JAMS.  Since the mediation, and with Mr. Melnick's assistance, the parties have continued to engage in settlement negotiations.  The parties are in the midst of discussions about whether there is a path forward to resolve this case at this juncture.

---

[1]   *See* Bankruptcy Case Docket (ECF Nos. 330, 363).

Dated:  April 18, 2024

Respectfully submitted,

/s/ Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.6406
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com

Aaron F. Miner (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.7123
Fax: 212.836.8689
Aaron.Miner@arnoldporter.com

Stephanna F. Szotkowski (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
Tel.: 312.583.2300
Fax: 312.583.2360
stephanna.szotkowski@arnoldporter.com

*Counsel for Defendants IronNet, Inc., Keith B. Alexander, William E. Welch, and James C. Gerber*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of April 2024, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

      /s/ Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.6406
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com

*Counsel for Defendants IronNet, Inc., Keith B. Alexander, William E. Welch, and James C. Gerber*