IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| IN RE IRONNET, INC. SECURITIES | ) | Civil Action No. 1:22-cv-449 (RDA/JFA) |
| LITIGATION | ) | |
| | ) | CLASS ACTION |
| | ) | |

**ORDER**

This matter comes before the Court on Defendants IronNet, Inc. ("IronNet"), Keith B. Alexander, James C. Gerber, and William E. Welch's ("Defendants") Status Report (Dkt. 67). In their Status Report, Defendants aver that the parties participated in a mediation on March 12, 2024 and have since continued to engage in settlement negotiations. Based on these representations, it is hereby ORDERED that the parties shall file a joint status report with the Court within 90 days of this Order. The joint status report shall describe in detail the status of the case and the progress the parties have made to resolve this matter.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
April 19, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge