# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| *In re IronNet, Inc. Securities Litigation* | Civil Action No. 1:22-cv-00449-RDA-JFA |

## DECLARATION OF AARON F. MINER REGARDING NOTICE OF CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

I, Aaron F. Miner, hereby declare as follows:

1. I am an attorney at law admitted *pro hac vice* to the United States District Court for the Eastern District of Virginia. I am a partner at Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), representing Defendants IronNet, Inc., Keith B. Alexander, James C. Gerber, and William E. Welch in this matter (collectively, "Defendants"). The facts herein are based on my own personal knowledge, or on my review of the records in this case, and if called to testify, I could and would testify competently thereto.

2. On September 27, 2024, Arnold & Porter staff acting at my direction served notice, pursuant to 28 U.S.C. § 1715, of the proposed settlement of the above-captioned class action on the officials listed in the Notice and accompanying Certificate of Service attached hereto as **Exhibit A**. In accordance with 28 U.S.C. § 1715(b), the CAFA Notice was served within ten days of the filing of the proposed settlement with the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 21st day of October 2024 at New York, New York.

/s/ Aaron F. Miner
Aaron F. Miner (pro hac vice)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: 212.836.7123
Fax: 212.836.8689
Aaron.Miner@arnoldporter.com

*Counsel for Defendants IronNet, Inc., Keith B. Alexander, William E. Welch, and James C. Gerber*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2024, I caused the foregoing to be filed electronically using the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

*/s/* Ian S. Hoffman
Ian S. Hoffman (VA Bar # 75002)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001-3743
Tel.: 202.942.6406
Fax: 202.942.5999
Ian.Hoffman@arnoldporter.com

*Counsel for Defendants IronNet, Inc., Keith B. Alexander, William E. Welch, and James C. Gerber*

# EXHIBIT A

# Arnold & Porter

September 27, 2024

**By FedEx Priority Mail**

The United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

All State and Territory Attorneys General
Identified on the Attached Service List

Re:  **Notice Under the Class Action Fairness Act Concerning Settlement of Litigation:** *In re IronNet, Inc. Securities Litigation*, **Case No. 1:22-cv-00449-RDA-JFA (E.D. Va.)**

Dear Sir or Madam:

We represent defendants IronNet, Inc. ("IronNet" or the "Company"), Keith B. Alexander, James C. Gerber, and William E. Welch (collectively, the "Individual Defendants" and with IronNet, "Defendants"), in the above-referenced matter (the "Action"). We write on behalf of Defendants to notify you of the proposed settlement in the Action pursuant to the procedures specified in the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b).

Please find enclosed a CD containing the following documents in ".pdf" format as required by the Class Action Fairness Act:

1. The Class Action Complaint, *In re IronNet, Inc. Securities Litigation*, Case No. 1:22-cv-00449-RDA-JFA (E.D. Va.), filed April 22, 2022;

2. Lead Plaintiffs' First Amended Class Action Complaint for Violations of the Federal Securities Laws, *In re IronNet, Inc. Securities Litigation*, Case No. 1:22-cv-00449-RDA-JFA (E.D. Va.), filed August 29, 2022; and

3. The Stipulation of Settlement, including (i) Proposed Order Granting Preliminary Approval of Class Action Settlement and Providing for Notice, (ii) Proposed Notice of Pendency and Settlement of Class Action and Motion For Attorneys' Fees And Expenses, (iii) Proof of Claim and Release Form, (iv) proposed postcard notice to class members, (v) Proposed Summary Notice of Pendency and Settlement of Class and Motion for Attorneys' Fees and Expenses, and (vi) Proposed Order and Final Judgment, filed September 23, 2024.

Items 1-3 referenced above, as well as the other filings in the Action, may be accessed online via the Federal Public Access to Court Electronic Records ("PACER") system, available at http://www.pacer.gov.

# Arnold & Porter

Please note that Defendants have entered into a Supplemental Agreement with Lead Plaintiffs that has not been filed with the district court, which provides that IronNet shall have the option to terminate the proposed settlement if proposed class members representing a certain number of shares elect to be excluded from the proposed settlement class. Defendants will provide a copy of the Supplemental Agreement upon request.

The District Court has not yet set the dates for the preliminary and final approval hearings, and has not issued a final judgment or notice of dismissal concerning the proposed settlement or the Action. Additionally, no written judicial opinions have been issued relating to the foregoing settlement materials or the materials described in 28 U.S.C. § 1715(b)(3)-(6).

At this time, Defendants do not know and cannot feasibly determine the names of the class members residing in each state, and therefore cannot feasibly estimate the proportionate share of the claims of such members to the entire settlement pursuant to 28 U.S.C. § 1715(b)(7)(A) and (B). The names and state residences of the class members in the Action will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate the proportionate share of the claims of class members residing in each state to the entire settlement.

The foregoing information is provided based on information currently available to Defendants and their counsel, and the status of the proceedings at the time of the submission of this notification.

Should you have any questions regarding this notice, the Action, or any of the enclosed documents, please contact Stephanna Szotkowski of Arnold & Porter Kaye Scholer LLP at (312) 583-2354 or Stephanna.Szotkowski@arnoldporter.com.

Respectfully yours,

ARNOLD & PORTER KAYE SCHOLER LLP

 /s/ Aaron Miner
Aaron Miner
*Attorneys for Defendants*

**SERVICE LIST**

The Honorable Steve Marshall
Attorney General of Alabama
501 Washington Ave.
Montgomery, AL 36130
(334) 242-7300

The Honorable Treg Taylor
Attorney General of Alaska
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5100

The Honorable Kris Mayes
Attorney General of Arizona
2005 N Central Avenue
Phoenix, Arizona 85004
(602) 542-5025

The Honorable Tim Griffin
Attorney General of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas  72201
(501) 682-2007

The Honorable Bob Bonta
Attorney General of California
1300 I Street
Sacramento, California  95814
(916) 445-9555

The Honorable Phil Weiser
Attorney General of Colorado
Ralph L. Carr Colorado Judicial Center
1300 N Broadway
Denver, Colorado 80203
(720) 508-6000

The Honorable William Tong
Attorney General of Connecticut
165 Capitol Avenue
Hartford, Connecticut  06106
860-808-5318

The Honorable Kathy Jennings
Attorney General of Delaware
Carvel State Building
820 N. French St.
Wilmington, Delaware  19801
302-577-8400

The Honorable Ashley Moody
Attorney General of Florida
The Capitol, PL 01
Tallahassee, Florida  32399
(850) 414-3300

The Honorable Christopher Carr
Attorney General of Georgia
40 Capitol Square, SW
Atlanta, Georgia  30334
(404) 458-3600

The Honorable Anne Lopez
Attorney General of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
(808) 586-1500

The Honorable Raul Labrador
Attorney General of Idaho
700 West Jefferson Street
Boise, Idaho  83720
(208) 334-2400

The Honorable Kwame Raoul
Attorney General of Illinois
115 S. LaSalle Street
Chicago, Illinois  60603
(312) 814-3000

The Honorable Todd Rokita
Attorney General of Indiana
Indiana Government Center South
302 West Washington Street
Indianapolis, Indiana  46204
(317) 232-6201

The Honorable Brenna Bird
Attorney General of Iowa

Hoover State Office Building
1305 East Walnut Street
Des Moines, Iowa 50319
(515) 281-5164

The Honorable Kris Kobach
Attorney General of Kansas
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
(785) 296-2215

The Honorable Russell Coleman
Attorney General of Kentucky
700 Capitol Avenue
Frankfort, Kentucky 40601
502-696-5300

The Honorable Liz Murrill
Attorney General of Louisiana
1885 N 3rd Street
Baton Rouge, LA 70802
225-326-6000

The Honorable Aaron Frey
Attorney General of Maine
6 State House Station
Augusta, ME 04333
207-626-8800

The Honorable Anthony Brown
Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6300

The Honorable Andrea Campbell
Office of Massachusetts Attorney General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200

The Honorable Dana Nessel
Attorney General of Michigan
525 West Ottawa Street
Lansing, Michigan 48933
517-335-7622

3

The Honorable Keith Ellison
Attorney General of Minnesota
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101
(651) 296-3353

The Honorable Lynn Fitch
Attorney General of Mississippi
550 High Street
Jackson, MS 39201
(601) 359-3680

The Honorable Andrew Bailey
Attorney General of Missouri
Supreme Court Building
207 West High Street
Jefferson City, MO 65101
573-751-3321

The Honorable Austin Knudsen
Attorney General of Montana
215 North Sanders Street, Third Floor
Helena, Montana 59601
(406) 444-2026

The Honorable Mike Hilgers
Attorney General of Nebraska
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2683

The Honorable Aaron D. Ford
Attorney General of Nevada
100 North Carson Street
Carson City, Nevada 89701
775-684-1100

The Honorable John Formella
Attorney General of New Hampshire
1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3658

The Honorable Matthew J. Platkin
Attorney General of New Jersey
RJ Hughes Justice Complex
25 Market Street
Trenton, New Jersey  08611
(609) 292-8740

The Honorable Raul Torrez
Attorney General of New Mexico
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501
(505) 490-4060

The Honorable Letitia A. James
Attorney General of New York
408 The Capitol Street
Albany, New York  12224
(518) 776-2000

The Honorable Josh Stein
Attorney General of North Carolina
9001 Mail Service Center
Raleigh, North Carolina  27699
(919) 716-6400

The Honorable Drew Wrigley
Attorney General of North Dakota
600 East Boulevard Avenue, Dept.125
Bismarck, North Dakota  58505
(701) 328-2210

The Honorable Dave Yost
Attorney General of Ohio
State Office Tower
30 East Broad Street
Columbus, Ohio  43215
(800) 282-0515

The Honorable Genter Drummond
Attorney General of Oklahoma
313 Northeast 21st Street
Oklahoma City, Oklahoma  73105
(405) 521-3921

The Honorable Ellen Rosenblum
Attorney General of Oregon
1162 Court Street Northeast
Salem, Oregon  97301
503-378-6002

The Honorable Michelle Henry
Attorney General of Pennsylvania
16th Floor, Strawberry Square
Harrisburg, Pennsylvania  17120
717-787-3391

The Honorable Peter F. Neronha
Attorney General of Rhode Island
150 South Main Street
Providence, Rhode Island  02903
(401) 274-4400

The Honorable Alan Wilson
Attorney General of South Carolina
1000 Assembly Street, Suite 501
Columbia, South Carolina  29201
(803) 734-3970

The Honorable Marty Jackley
Attorney General of South Dakota
1302 East Highway 14, Suite 1
Pierre, South Dakota  57501
(605) 773-3215

The Honorable Jonathan Skrmetti
Attorney General of Tennessee
500 Dr. Martin L. King Jr. Blvd
Nashville, Tennessee  37243
615-741-3491

The Honorable Ken Paxton
Attorney General of Texas
300 W 15th Street
Austin, TX 78701
(512) 463-2100

The Honorable Merrick Garland
Attorney General of the United States
950 Pennsylvania Avenue, Northwest
Washington, D.C.  20530

The Honorable Sean Reyes
Attorney General of Utah
350 N State Street
Salt Lake City, UT 84114
801-366-0260

The Honorable Charity Clark
Attorney General of Vermont
109 State Street
Montpelier, Vermont  05609
(802) 828-3171

The Honorable Jason Miyares
Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071

The Honorable Bob Ferguson
Attorney General of Washington
1125 Washington Street Southeast
Olympia, Washington  98504
(360) 753-6200

The Honorable Brian Schwalb
Attorney General of the District of Columbia
400 6th Street, Northwest
Washington, D.C.  20001
(202) 727-3400

The Honorable Patrick Morrisey
Attorney General of West Virginia
State Capitol Complex, Bldg. 1, Rm E-26
1900 Kanawha Blvd. East
Charleston, West Virginia  25305
(304) 558-2021

The Honorable Josh Kaul
Attorney General of Wisconsin
17 W Main Street
Madison, Wisconsin  53703
(608) 266-1221

The Honorable Bridget Hill
Attorney General of Wyoming

109 State Capitol
Cheyenne, WY  82002
(307) 777-7841

The Honorable Domingo Emanuelli Hernandez
Attorney General of Puerto Rico
PO Box 9020192
San Juan, PR, 00902
787-721-2900

The Honorable Gordon Rhea
Attorney General of the United States Virgin Islands
3438 Krondprindsens Gade,
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802
(340) 774-5666

The Honorable Fainu'ulelei Falefatu Ala'ilima-Utu
Attorney General of American Samoa
Department of Legal Affairs
Executive Office Bldg., 3rd Floor
Utulei, American Samoa 96799
(684) 633-4163

The Honorable Douglas B. Moylan
Attorney General of Guam
590 S. Marine Corps Dr., Suite 901
Tamuning, Guam 96913
(671) 475-2710

The Honorable Edward Eladio Manibusan
Attorney General of Northerm Mariana Islands
Administration Building
P.O. Box 10007
Saipan MP 96950
(670) 237-7500